# THE ROGER WILLIAMS UNIVERSITY FACULTY ASSOCIATION NEARI/NEA 2004-2008 CONTRACT with the BOARD OF TRUSTEES of ROGER WILLIAMS UNIVERSITY

**In**

**BRISTOL, RHODE ISLAND**