AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Roger Williams University

V.

Roger Williams Univ. Faculty Assoc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 440 ML

TO: (Name and address of Defendant)

ROGER WILLIAMS UNIVERSITY FACULTY ASSOCIATION
c/o John E. DeCubellis, Jr., Esq.
NEARI
99 Bald Hill Road
Cranston, RI 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph P. McConnell
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

DATE 12/3/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-06-07 |
| NAME OF SERVER *(PRINT)* Robert J. Kildiff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☑ Other (specify): To an agent authorized by appointment or by law to receive service of process on behalf of defendant, namely John E DeCubellis, Jr, Esq

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/6/07 @ 12:49 PM [signature]
Date Signature of Server

87 Grand View Rd, E. Greenwich, RI 02818
Address of Server

X [signature] John E DeCubellis, Jr

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.