IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROGER WILLIAMS UNIVERSITY,<br><br>Plaintiff /Defendant in Counterclaim,<br><br>v.<br><br>ROGER WILLIAMS UNIVERSITY FACULTY ASSOCIATION (NEARI/NEA)<br><br>Defendant /Plaintiff in Counterclaim. | Civil Action No. 07-440-ML-DLM |

**JOINT STATEMENT REGARDING BRIEFING SCHEDULE**

Pursuant to the Court's direction during the February 5, 2007 Scheduling Conference, the parties provide the following proposed briefing schedule:

| **Document** | **Due Date** |
|---|---|
| Plaintiff's Memorandum in Support of Its Motion for Summary Judgment on Its Petition to Vacate | **April 11, 2008** |
| Defendant's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Its Motion For Summary Judgment on Its Petition to Confirm | **May 2, 2008** |
| Plaintiff's Reply Memorandum to Defendant's Opposition/ Opposition Memorandum to Defendant's Motion for Summary Judgment | **May 16, 2008** |
| Defendant's Reply Memorandum to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | **May 23, 2008** |

Respectfully submitted,

ROGER WILLIAMS UNIVERSITY

By its attorneys,

_/s/ *Joseph P. McConnell*___
Joseph P. McConnell (RI Bar No. 5086)
Jeffrey S. Siegel (admitted *pro hac vice*)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
(617) 523-6666

DATE: February 8, 2008

Respectfully submitted,

ROGER WILLIAMS UNIVERSITY
FACULTY ASSOCIATION (NEARI/NEA)

By its attorney,

/s/ *John E. DeCubellis, Jr.*_________
John E. DeCubellis, Jr. (RI Bar No. 3327)
General Counsel
NEARI
99 Bald Hill Road
Cranston, RI 02920
(401) 463-9630

DATE: February 8, 2008