IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROGER WILLIAMS UNIVERSITY,

Plaintiff / Defendant in Counterclaim,

v.

ROGER WILLIAMS UNIVERSITY FACULTY ASSOCIATION (NEARI/NEA)

Defendant / Plaintiff in Counterclaim.

Civil Action No. 07-440-ML-DLM

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and this Court's February 11, 2008 Order addressing the briefing schedule, Plaintiff / Defendant in Counterclaim Roger Williams University, moves that summary judgment be entered in its favor, and that the Decision and Award of Arbitrator Lawrence T. Holden, Jr. be vacated. The grounds for this motion, as set forth more fully in the Statement of Undisputed, Material Facts Pursuant to Local Rule 56(a), and Memorandum in Support of Plaintiff's Motion for Summary Judgment, are that no genuine issues as to any material fact exist, and that Plaintiff is entitled to judgment as a matter of law.

Respectfully Submitted,

ROGER WILLIAMS UNIVERSITY

By its attorneys,

/s/ Joseph P. McConnell

Joseph P. McConnell (RI Bar No. 5086)
Jeffrey S. Siegel (admitted *pro hac vice*)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
(617) 523-6666

Dated: April 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including counsel for Defendant / Plaintiff in Counterclaim John E. DeCubellis, Jr., Esq., General Counsel, NEARI, on April 11, 2008.

/s/ Joseph P. McConnell
Joseph P. McConnell