IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROGER WILLIAMS UNIVERSITY,<br>Plaintiff / Defendant in Counterclaim,<br>v.<br>ROGER WILLIAMS UNIVERSITY FACULTY ASSOCIATION (NEARI/NEA)<br>Defendant / Plaintiff in Counterclaim. | Civil Action No. 07-440-ML-DLM |

**DECLARATION OF JOSEPH P. MCCONNELL, ESQ.**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

1. I make this declaration in support of Plaintiff's Motion for Summary Judgment.

2. I am an attorney with the firm Morgan, Brown & Joy, LLP, attorneys for Plaintiff Roger Williams University (the "University"). I am counsel of record for the University and am fully familiar with the proceedings in this case.

3. The University is a private institution of higher education with its main campus located at One Old Ferry Road, Bristol, RI. Originally a junior college when founded, the institution has expanded and grown into a four year university with numerous graduate programs. It has approximately 4000 undergraduate students and approximately 230 full-time faculty members. The largest school within the University is the Feinstein College of Arts & Sciences, with about 95 full-time and 125 part-time faculty.

4. At the arbitration, both the Union and the University were represented by counsel. The arbitration hearing in this matter occurred over four days. Arbitrator Holden heard testimony on February 22, 2007, May 8, 2007, June 11, 2007, and June 18, 2007. There are over

800 pages of transcript of the testimony presented, and more than 70 exhibits submitted in connection with the arbitration.

5. Attached as Exhibit A is a true and accurate copy of the Award of Arbitrator Lawrence T. Holden, Jr. dated November 2, 2007.

6. Attached as Exhibit B is a true and accurate copy of The Roger Williams University Faculty Association NEARI/NEA 2004-2008 Contract with the Board of Trustees of Roger Williams University, which was introduced as Joint Exhibit 4 at the arbitration.

7. Attached as Exhibit C is a true and accurate copy of Joint Exhibit 21 at the arbitration, a recommendation from Dean Ruth Koelle dated March 1, 2006.

8. Attached as Exhibit D is a true and accurate copy of Joint Exhibit 33 at the arbitration, a letter dated April 14, 2006 from University President Dr. Roy Nirschel.

9. Attached as Exhibit E is a true and accurate copy of Joint Exhibit 35 at the arbitration, the Union's grievance in this matter.

10. Attached as Exhibit F is a true and accurate copy of Joint Exhibit 36 at the arbitration, an email from Provost Martin denying the Step 1 grievance.

11. Attached as Exhibit G is a true and accurate copy of Joint Exhibit 37 at the arbitration, a memorandum from Union President Mel Topf dated May 15, 2006.

12. Attached as Exhibit H is a true and accurate copy of Joint Exhibit 38 at the arbitration, a letter dated June 6, 2006 from President Nirschel denying the grievance.

13. Attached as Exhibit I is a true and accurate copy of pages 180-181 from the Arbitration Transcript from May 8, 2007.

Pursuant to 28 U.S.C. §1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Date: 4-10-08

Joseph P. McConnell, Esq.