# EXHIBIT B

JT

# THE ROGER WILLIAMS UNIVERSITY FACULTY ASSOCIATION NEARI/NEA 2004-2008 CONTRACT with the BOARD OF TRUSTEES of ROGER WILLIAMS UNIVERSITY

In

BRISTOL, RHODE ISLAND

# TABLE OF CONTENTS


DEFINITIONS .......... 1

PREAMBLE .......... 2

ARTICLE I
RECOGNITION .......... 2

ARTICLE II
NEGOTIATIONS CLAUSE .......... 2

ARTICLE III
RIGHTS AND RESPONSIBILITIES .......... 2

ARTICLE IV
RIGHTS OF THE RWUFA .......... 3

ARTICLE V
RIGHTS of INDIVIDUALS .......... 4
- A. ACADEMIC FREEDOM .......... 4
- B. PERSONAL FREEDOM .......... 4
- C. PERSONNEL FILES .......... 5
- D. RWUFA REPRESENTATIVE PRESENT WHILE MBU EXAMINES PERSONNEL FILE .......... 5
- E. RWUFA MEMBERSHIP .......... 5
- F. INTELLECTUAL PROPERTY .......... 8
  1. Intellectual Property Arrangements In General .......... 8
  2. Course Materials .......... 8
  3. Patents and Other Technical Copyrights .......... 8

ARTICLE VI
MANAGEMENT RIGHTS .......... 9

ARTICLE VII
CONDITIONS OF SERVICE .......... 9
- A. FACULTY LOAD .......... 9
  1. Teaching Load .......... 9
     - a. Research Intensive Release .......... 10
     - b. New Faculty Release .......... 10
     - c. High Enrollment Release .......... 10
     - d. Course Release for Current Probationary Faculty .......... 11
  2. Supervisor of Student Teachers .......... 11
  3. Graduate Instruction .......... 11
  4. Student Assistants .......... 11

5. Extraordinary Circumstances ........ 12
6. Dean of an applicable school or college - discretion........ 12
7. Reasonable Efforts........ 12
8. Evening Courses........ 12
9. List of full-load teaching assignments........ 12

B. PREPARATIONS........ 12
C. MAXIMUM LOAD........ 13
D. COURSE SIZE........ 13
E. ADJUNCT FACULTY........ 13
F. NON-TEACHING MBUs........ 13
G. RESPONSIBILITIES OF MBUs........ 13
1. All MBUs........ 14
2. Full-Time Faculty........ 15
3. Adjunct Faculty MBUs........ 15
4. Academic Advising........ 15
5. Standing and Ad-Hoc Committees........ 15

H. UNIVERSITY CALENDAR and HOLIDAYS........ 15
1. University Calendar........ 15
2. Holidays........ 16
3. University Catalog........ 16

I. OFFICE SPACE........ 16
J. PARKING SPACE........ 17
K. RIGHTS OF FIRST PRIORITY AND CONSIDERATION........ 18
L. DEPARTMENT CHAIRS........ 18
1. Purpose and Description........ 18
2. Appointment and Qualifications........ 19
3. Responsibilities and Authority........ 20
4. Compensation of Department Chairperson........ 21

M. PROGRAM COORDINATORS........ 21
N. PROGRAM FACILITATORS........
O. CAMPUS ASSIGNMENT AND REIMBURSEMENT OF TRAVEL EXPENSES........ 22

ARTICLE VIII
APPOINTMENT, EVALUATION, PROMOTION and TENURE........ 23
A. APPOINTMENTS........ 23
1. Visiting Appointment........ 23
2. Adjunct Faculty Appointment........ 24
3. Probationary Appointment........ 24
4. Tenured Appointment........ 25
5. Emeritus Appointment........ 25
6. Executive Appointment........ 25

B. Evaluation for Performance Assessment, Reappointment, Requests for Promotion and Tenure........ 25
1. Frequency of Comprehensive Evaluations........ 26
a. Visiting Appointments........ 26

b. Reappointment of Probationary Faculty Members ............. 26
c. Tenured Faculty Members ............. 26
d. Re-evaluation of Tenured Faculty Members ............. 26
e. Request for Comprehensive Evaluation for Promotion ............. 27
f. Faculty on Leave During The Year of Scheduled Evaluation ............. 27

2. Evaluation Criteria and the Comprehensive Self-Study ............. 28
a. Visiting and Adjunct Faculty Members ............. 29
b. Probationary and Tenured Teaching Faculty ............. 30
c. Probationary and Tenured Librarians and Psychological Counselors ............. 32

3. Procedures, Peer Review and Timelines ............. 34
a. Self-study Report ............. 34
b. Student Course Surveys ............. 34
c. Classroom Observations by Observing Dean or Chairperson ............. 34
d. Peer Review by School/College Faculty Review Committees ............. 35
e. Dean's Evaluation Report and Recommendation ............. 36
f. Determination of the Chief Academic Officer ............. 36
g. Event of an Emergency - evaluation time lines ............. 37
h. President and/or Chief Academic Officer Classroom Visit ... 37
i. Chief Executive Officer and Board of Trustees Determination ............. 37
j. Exceptional Appointments and Awards of Promotion and/or Tenure ............. 38
k. Relationship between Reappointment, Promotion and Tenure ............. 38
l. Quotas for Faculty under Consideration for Tenure ............. 38

C. Criteria for Eligibility for Promotion ............. 38
1. Promotion from Assistant Professor to Associate Professor ............. 38
2. Promotion from Associate Professor to Professor ............. 39
3. Promotion from Assistant Professor in the Library to Associate Professor in the Library ............. 40
4. Promotion from Associate Professor in the Library to Professor in the Library ............. 40
5. Promotion from Assistant Professor of Psychological Counseling to Associate Professor of Psychological Counseling ............. 41
6. Promotion from Associate Professor of Psychological Counseling to Professor of Psychological Counseling ............. 42
7. Exceptional Appointments and Promotions ............. 42

D. Criteria for Tenure ............. 43

ARTICLE IX
DUE PROCESS ............. 43

ARTICLE X
GRIEVANCE PROCEDURE ........ 44
A. DEFINITION ........ 44
B. PROCEDURE ........ 44
C. GENERAL CONSIDERATIONS ........ 45

ARTICLE XI
RETRENCHMENT ........ 46
A. Retrenchment of MBUs ........ 46
B. Institutional Financial Emergency ........ 46
C. Program Curtailment ........ 46
D. Retrenchment as the Result of Financial Emergency or Program Curtailment ........ 47

ARTICLE XII
SEARCH COMMITTEES ........ 48

ARTICLE XIII
COMPENSATION ........ 49
A. SALARY PROGRAM ........ 49
1. Conversion to Rank Based, Longevity and Merit Driven Salary Matrix ........ 49
2. Annual Step Adjustment ........ 49
3. Merit Compensation Program ........ 49
a. Funding ........ 49
b. Merit Program Application ........ 51
c. Merit Appeal Procedure ........ 53
4. Promotion ........ 55
B. ADDITIONAL COMPENSATION ........ 56
1. MBUSs - Undergraduate/Graduate ........ 56
2. Adjunct teaching MBUs ........ 56
3. Adjunct MBUs teaching ESL Courses ........ 56
4. ADJUNCT FACULTY IN ARCHITECTURE ........ 56
5. SPECIAL PROJECTS, THESIS SUPERVISION & COMPREHENSIVE EXAMS ........ 57
6. INDIVIDUAL STUDENT INSTRUCTION IN THE SCHOOL OF CONTINUING STUDIES ........ 57
7. LIBRARIANS AND COUNSELORS ........ 57

ARTICLE XIV
FRINGE BENEFITS ........ 57
A. INSURANCE ........ 57
B. SOCIAL SECURITY ........ 59
C. WORKERS' COMPENSATION ........ 59
D. VACATION WITH PAY ........ 59

E. PROFESSIONAL TRAVEL AND DEVELOPMENT .......... 59
1. Special Committee .......... 59
2. Apply for funds .......... 60
3. Part-time non-teaching MBUs .......... 60
4. Documentation to substantiate expenditures .......... 60
5. Foundation to Promote Scholarship and Teaching .......... 60
6. Core Curriculum Committee Course Releases .......... 62
7. Provost's Teaching Colloquium .......... 63
8. Additional Course Release granted by Dean with approval by Chief Academic Officer .......... 63
F. RETIREMENT PLANS .......... 63
G. DISCOUNTS AND PRIVILEGES .......... 64
H. PERSONAL LEAVES OF ABSENCE .......... 64
1. Death in the Immediate Family of an MBU .......... 64
2. Illness of MBUs .......... 65
3. Jury Duty .......... 65
4. Parental Leave .......... 65
5. Military Leave .......... 65
6. Sabbatical and Other Professional Leave .......... 65
a. Sabbatical Leave .......... 65
b. Academic Leave of Absence .......... 68
7. Leave to Serve in University Administration .......... 69
I. RELEASED TIME .......... 69
J. TUITION REMISSION .......... 69
K. PART-TIME FACULTY MBUs .......... 70

ARTICLE XV
SEVERABILITY .......... 71

ARTICLE XVI
NON-WAIVER .......... 71

ARTICLE XVII
NO STRIKE/NO LOCKOUT .......... 71

ARTICLE XVIII
DURATION .......... 71

APPENDIX A
FACULTY PROFESSIONAL ETHICS .......... 73

APPENDIX B
ACADEMIC FREEDOM .......... 75

APPENDIX C
SALARY PROGRAM - Professors/Associate Professors/Assistant Professors... 77,78,79

APPENDIX D
ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW .......................................... 80

APPENDIX E
UNIVERSITY CALENDARS .................................................................................. 81

APPENDIX F
MERIT REPORT GUIDELINES.............................................................................. 82

APPENDIX G
SELF STUDY REPORT GUIDELINES ................................................................... 86

APPENDIX H
MISCELLANEOUS .............................................................................................. 89

Definitions:

1. MBU - Member of the bargaining unit, as defined in Article I.

2. Full-time Faculty - MBUs employed on a full-time basis who are either teaching faculty, psychological counselors, or librarians.

3. Adjunct Faculty - Teaching faculty employed on less than a full-time basis and who have established membership in the bargaining unit and who are paid on a per course basis.

## PREAMBLE

The Board of Trustees of Roger Williams University and its executive administration, hereinafter called RWU, and the Roger Williams University Faculty Association (NEARI/NEA), hereinafter called the RWUFA, enter into this agreement for the purpose of establishing a harmonious and cooperative relationship between RWU and the RWUFA by providing procedures which will facilitate free and frequent communications between the University and its faculty.

## ARTICLE I
## RECOGNITION

RWU recognizes the RWUFA as the exclusive bargaining agent for all teaching faculty, psychological counselors and librarians with degrees in library science holding full-time appointments and adjunct faculty employed to teach at least six (6) contact hours, (exclusive of continuing education offerings), and department chairs, but excluding officers, supervisory and/or managerial employees, directors, part-time faculty other than those referred to above, deans, assistant deans, associate deans, all other administrative personnel and all other employees. RWU shall maintain a full-time teaching faculty/full-time day student ratio of 1 faculty member to 21 students.

## ARTICLE II
## NEGOTIATIONS CLAUSE

A. RWU and the RWUFA agree that all negotiable items have been considered during the discussions leading to this Agreement and, therefore, agree that negotiations will not be reopened on any item concerning salary, wages, or working conditions whether contained herein or not, during the life of this Agreement unless by mutual agreement, except those specifically forwarded to special committees.

B. Any previously adopted policy, rule or regulation of the University which is in conflict with this Agreement shall be superseded and replaced by the applicable provision(s) contained herein.

C. RWU and RWUFA agree to commence formal negotiations for a successor agreement on or before February 15th of the final year of this Agreement.

## ARTICLE III
## RIGHTS AND RESPONSIBILITIES

It is recognized that RWU, through its Chief Executive Officer, has the authority and responsibility to effectively formulate the University's curriculum, budget, grading systems, admissions and matriculation standards, academic calendars, size of the student body, tuition and

fees, hiring and termination and other traditional management functions.

It is further recognized that the University's faculty and non-teaching MBUs represent a cadre of professionals which embodies the training, experience, and expertise required to effectively deliver the institution's educational program. Therefore, RWU will normally consult with and seek the counsel of appropriate MBUs, acting as individuals or as members of a committee, at the request and direction of the University, in connection with matters where the MBU's expertise is traditionally deemed to be of value. RWU and the RWUFA recognize that as professionals, MBUs, when making collegial recommendations, are acting in their own interest in accordance with their professional training and standards. It is recognized that MBUs' decision-making is limited to the routine discharge of professional duties in projects to which they have been assigned by appropriate authority and within the limits hereunder defined in this Agreement.

## ARTICLE IV
## RIGHTS OF THE RWUFA

A. The RWUFA shall have the right to use University facilities for conducting meetings, provided the RWUFA gives RWU reasonable advance notice of its request and provided the facility requested is not scheduled otherwise for use. The RWUFA shall have the right to conduct official business on any Roger Williams University campus at any reasonable time provided that this business does not interrupt normal University operations.

If negotiation sessions and/or arbitration proceedings are scheduled during the University day, not more than three (3) MBUs shall be released from assignments to attend such sessions. If negotiation sessions are scheduled during the University day, MBUs attending such sessions shall make up such assignments.

B. The RWUFA shall have the right to use RWU equipment (limited to typewriters, duplicating machines, copying machines, and word processing equipment) at a cost determined by the rate charged to the budgets of internal units. This equipment will be designated by RWU.

The RWUFA shall have the right to use MBU mailboxes for purposes of communicating with its members.

The Executive Committee of the RWUFA shall have the right to use the University's e-mail system for routine communications with its members.

C. RWU recognizes the RWUFA's right to have access to information relative to names, addresses, and salary of all MBUs and names of all members of the Board of Trustees, and their business addresses, if available.

D. Upon request of the President of the RWUFA, the Chief Executive Officer

of the University or his/her designee, (the Chief Academic Officer or the Vice President for Human Resources), shall meet at reasonable and mutually acceptable times with the President of the RWUFA or his/her designee to discuss matters of mutual concern.

The University agrees to provide the RWUFA with all information necessary to effectively bargain and/or maintain the collective bargaining agreement as provided under the N.L.R.A. and any other federal statute. Disputes under this section shall be submitted to arbitration under the rules of the A.A.A.

E. The RWUFA shall be allowed to rent office space on campus (e.g., CAS132 or similar space) for a nominal fee, which shall be assigned to the RWUFA.

F. Upon request, during the academic year, the administration will provide the RWUFA within ten working days with an annually updated seniority list which includes information about each MBU's rank, salary, date of last sabbatical, and date of initial appointment.

## ARTICLE V
## RIGHTS of INDIVIDUALS

A. ACADEMIC FREEDOM -- Consistent with the standards set forth in Appendices A and B of this Agreement, every MBU shall have the right to select and utilize materials he/she adjudges appropriate for his/her teaching, counseling, and other academic responsibilities. He/she shall have freedom in the classroom and external distance courses in discussing his/her subject, but shall remain subject to applicable government regulations.

Every MBU shall have full freedom in research and in the publication or statement of the results thereof.

B. PERSONAL FREEDOM -- Consistent with the standards set forth in Appendices A and B of this Agreement, while in the public sector, every MBU shall be free to exercise all the rights of citizenship, including political and religious activities. The exercise of such rights shall in no way adversely affect his/her employment or constitute grounds for discipline or discrimination.

In extra-mural utterances and activities, every MBU shall indicate that he/she is not an institutional spokesperson.

C. PERSONNEL FILES

1. There shall be two (2) official personnel files for each MBU. One file shall be designated as the MBU's "records file," and shall be kept and maintained at the direction of the Vice President for Human Resources.

The second file shall be designated as the MBU's "professional file," and shall be kept and maintained by the Chief Academic Officer. Consistent with this Article, the administration of these files shall be within the discretion of the University.

The "records file" shall contain personnel materials such as records pertaining to the MBU's payroll, medical status, pension, benefits, and employment status. The contents of this file shall be kept confidential within the norms established by law and accepted personnel practices.

The "professional file" shall contain documents related to: the MBU's original application and appointment; performance evaluations and materials submitted therewith; records of educational and professional achievement, honors, or other recognition; and other documents related to performance as a faculty member such as documents pertaining to hiring, retention, evaluation or promotion.

At reasonable times, any MBU may examine and reproduce at his/her own expense, any document in either of his/her files, except those which relate to his/her original application and appointment at Roger Williams University.

2. The MBU may comment on material in his/her file (except that which relates to original appointment referred to above) and attach such comment thereto.

3. Any clearly adverse material placed in an MBU's professional file by or on behalf of RWU, dealing with teaching effectiveness, evaluations, and/or termination must be brought to the MBU's attention before being placed in the file; however, nothing contained in this section shall restrict the placing of the MBU's personnel evaluations, including peer and student evaluation as appropriate, and relevant documents authored by the MBU in his/her file. No anonymous material will be placed in an MBU's file. Author-identified clearly adverse material shall be communicated to the MBU before being placed in his/her personnel file. Materials shown to be false or unsubstantiated by an MBU to RWU's satisfaction shall be removed from the MBU's "professional file."

4. Only RWU and its agents who have a need to know shall have access to MBU's official files, unless RWU is required legally to provide access to others.

D. An MBU shall have the right to have an RWUFA representative (of his/her own choosing) present while examining his/her personnel file.

E. No MBU shall be required to join the Roger Williams University Faculty Association (RWUFA) as a condition of employment. No MBU shall be

discriminated against by either RWU or the RWUFA on account of membership or non-membership in the RWUFA. RWU agrees that a statement explaining the rights and obligations of MBUs under the terms of this section will be included in all offers of employment. Additionally, both RWU and the RWUFA agree to provide an opportunity to newly hired MBU's, for a full explanation of the rights and obligations under the terms of this section in a scheduled or special orientation forum where both RWU and RWUFA designees are present.

The terms of employment of all MBUs are covered by the collective bargaining agreement negotiated by the RWUFA and RWU. The parties recognize, additionally, that the RWUFA is legally required to fairly and fully represent all individuals included in the bargaining unit, whether they are RWUFA members or not. The negotiation and administration of this Agreement entails expenses for all MBUs covered by this Agreement. Therefore, an MBU who does not choose to join the RWUFA, shall pay his/her "fair share" of the cost of collective bargaining, as determined by the National Education Association of Rhode Island, providing that such charge shall be calculated to include only such costs and not other expenses/activities of the RWUFA or its affiliates, and provided that membership in the RWUFA has not been denied to the MBU for reasons other than non-payment of dues uniformly required as a condition of membership. Payment of this "Fair Share Charge" by such MBU shall be a condition of employment and shall be formally noticed by the RWUFA, including the amount of the charge, to each MBU, with copy to the RWU, through its Vice President of Human Resources & General Counsel (VPHR & GC).

The parties recognize that some individuals hired as MBUs may object to joining the RWUFA or paying their fair share charges based on religious tenets or reasons of conscience. The legitimate rights of non-association of such individuals shall be established and protected in accordance with the procedures described hereinafter. All such "Conscientious Objectors" shall, in lieu of RWUFA dues or fair share charges, pay an amount equal to the fair share charge (Conscientious Objector Contribution) into the RWUFA scholarship fund. Payment of this alternative contribution by such MBU shall be a condition of employment for Conscientious Objectors. The RWUFA will make known to the University, on an annual basis, the winners and the amounts of RWUFA scholarships.

Each time the RWUFA dues, "fair share" charge, or conscientious objector contribution is adjusted, the notice must be renewed to all MBUs with copy to RWU through its VPHR & GC. The collection of either RWUFA Dues, Fair Share Charges or Conscientious Objector Contributions shall be from payroll deduction by RWU's payroll division of the Department of Human Resources, acting for RWU and on behalf of the RWUFA, as follows:

1. For MBUs beginning service in September (January), the Fair Share Charge will commence in the first, full payroll of October (March), and that Fair Share Charge will be ratably apportioned over the next eighteen (nine) pay

periods. Following an MBU's first year of employment, Fair Share Charges will commence with the first pay period of October and will be ratably apportioned over the next eighteen pay periods. This deduction procedure shall continue until either RWUFA Dues are voluntarily invoked by the MBU in accordance with provision 2. below, or Conscientious Objector Contributions are elected in accordance with provision 3. below. Dues or Conscientious Objector Contributions will then be ratably apportioned over the designated remaining pay periods for the affected MBU.

2. New RWUFA members' Dues will commence being deducted in the first full pay period following the University Payroll Division of Human Resources' receipt of a written, signed authorization by an MBU to deduct RWUFA Dues and the amount to be deducted over the remaining pay periods for each RWUFA member as designated in provision 1 above. Absent specific authorization to the contrary, the dues will be deducted by ratably apportioning the amount of RWUFA Dues over the remaining pay periods as designated above.

   All RWUFA dues deductions will continue, with ratable apportionment of the amount due in successive years of employment, unless and until the University Payroll Division of Human Resources receives written, duly-signed notification from either the RWUFA Member or the RWUFA itself that it no longer authorizes RWUFA Dues deduction, in which case Fair Share Charges will commence being deducted and ratably apportioned and will continue until the MBU opts to join the RWUFA.

3. In cases of choosing conscientious objector status, a formal objection must be filed by the MBU within thirty (30) days from the date on which Fair Share Charges commence, following qualifying employment at Roger Williams University. The objection shall be addressed to the Chief Executive Officer of the University with a copy to the President of the RWUFA. Objections may vary in form or content, but must clearly and fully state the basis for the MBU's request for Conscientious Objector status. The existence of such religious tenet(s) or reason(s) of conscience, shall require the execution of a written statement under oath by an MBU specifying (1) the religious tenet(s) and/or (2) the reasons of conscience, moral and/or ethical principle(s) on which the objection is based.

4. All RWUFA Dues, Fair Share Charges, or Conscientious Objector Contributions deducted in accordance with this provision will be deposited in the RWUFA directed account on a monthly basis with a corresponding report of said activity provided to the RWUFA's Treasurer. The report shall identify payors of all RWUFA Dues, Fair Share Charges, and Conscientious Objector Contributions along with the individual and composite amounts deducted.

RWU, through its VPHR & GC, and the RWUFA, through its President and/or Treasurer will, in good faith, entertain questions and concerns from

MBU's as to policy and procedures concerning Fair Share Charges, Conscientious Objector Charges, and RWUFA Dues.

The RWUFA and RWU agree that any and all liability and costs incurred as a result of RWU's good faith, intended compliance with this section shall be borne exclusively by the RWUFA. This means that, except in the case of intentional misconduct or wanton reckless disregard for the liabilities and associated costs of noncompliance, the RWUFA holds RWU harmless for any and all liabilities and costs incurred as result of its administration of this Article of the collective agreement.

F. INTELLECTUAL PROPERTY

1. INTELLECTUAL PROPERTY ARRANGEMENTS IN GENERAL -- An MBU, who writes, produces, or creates any work, creation, design, invention, software, or other intellectual property, independent of specific funding and/or resources of the University, shall have exclusive rights thereto, including patent, literary or artistic copyright. Sabbatical leaves are not considered specific funding. An MBU will have exclusive rights to any work produced during his/her sabbatical leave. In the case of literary or artistic works, computer software, inventions, designs, technical developments or other intellectual property made or created by the MBU(s) with more than the *de minimis* use of the University's funds, technical facilities, support or technical personnel, the MBU(s) shall hold 50% and the University 50% of any right, title, or interest arising therefrom, unless other arrangements have been previously negotiated and reduced to a written Agreement between RWU and the MBU(s). Rents, royalties, and other net profits shall be shared equally between the MBU and RWU, unless otherwise agreed to by the parties, taking into consideration the relative contribution of each.

2. COURSE MATERIALS -- Faculty members shall own all rights to syllabi or lecture notes, handouts, presentation slides, case studies, scientific and laboratory experiments, role playing exercises, *realia*, examinations, quizzes, problem sets, simulations or similar instructional or teaching materials (whether traditional or innovative) prepared on their own initiative for educational or professional purposes and utilized in conjunction with a course that the faculty member has been or is assigned to teach, and shall be entitled to the benefit of any royalties derived therefrom.

3. PATENTS AND OTHER TECHNICAL COPYRIGHTS

a. The University waives, disclaims and abandons any interest in or claim to any invention, improvement, design or development made by a faculty member without the use of the University's funds, facilities and/or support or technical personnel. Such inventions, copyrights and patents arising therefrom shall be the sole property of the faculty member who is the inventor/creator.

b. The faculty member and RWU shall each hold fifty percent (50%) of any right, title and interest to any invention, improvement, design or development made by a faculty member with the more than *de minimis* use of the University's funds, facilities and/or support or technical personnel, unless other arrangements have been previously negotiated by the parties and have been reduced to a written Agreement between RWU and the faculty member.

## ARTICLE VI
## MANAGEMENT RIGHTS

Except as specifically and expressly otherwise provided for in this Agreement, RWU retains and reserves all powers, rights, and authority vested in it as an employer which it possessed but for the execution of this Agreement, which the RWUFA recognizes as being exclusively in RWU, provided only that the exercise of such powers, rights, and authority may not be accomplished in violation of any of the specific and express terms and provisions of this Agreement.

## ARTICLE VII
## CONDITIONS OF SERVICE

A. FACULTY LOAD

1. Teaching Load

It is recognized that faculty, as academic professionals, are committed to the provision of excellence in the academic endeavors of teaching, research and scholarship, professional service, advising, and other academically related activities that support students.

Within an academic year (fall and spring semesters) an individual faculty member may be assigned no more than 8 three-hour courses or 24 contact hours. Full-time ESL faculty members may be assigned no more than six (6) courses of six (6) contact hours each per academic year.

Nevertheless, it is expected that the average teaching load for full-time tenured and probationary faculty members within a department or school will, over the course of an academic year, not exceed 21 contact hours. If the average assigned teaching load exceeds 21 contact hours then additional course releases will be assigned to the department chair or dean in the next academic year to assure that this average teaching load is respected as an integral component of the professional services provided by the faculty. It is also recognized that in productive departments or schools that the average teaching load per full-time faculty may be less than 21 contact hours reflecting the collective achievement or assigned tasks of the faculty of the department or school.

In order to enact this program (an average teaching load of twenty-one (21) contact hours per year) RWU agrees to minimally provide course releases by a variety of means, including those stipulated in this contract, equal to the number of probationary and tenured full-time faculty members in active service for at least one full semester in each given year. These course releases will be distributed into two categories. Service Releases will be for such activities as department chairs, committee service and advising. Teaching & Scholarship Releases will be assigned for such activities as research, teaching enhancement, curricular development, and graduate instruction. (The category of Presidential Fellowship course releases will be identified by their applicant.) It is the goal of the University to provide an equal number of Service Releases and Teaching & Scholarship Releases from the minimum number guaranteed above.

As part of the teaching load program the following guidelines will be adhered to:

a. Research Intensive Release: Faculty members who are regularly engaged in scholarship/research as evidenced by refereed publications, the application for and award of external grant support, or other widely accepted honors or recognitions, shall be regularly assigned a teaching load of no more than nine (9) contact hours per semester.

b. New Faculty Release: To assist in their orientation to the University, and the establishment of their scholarly programs, all probationary faculty members who commence service during the Fall 2004 semester and afterwards shall not be assigned more than twenty-one (21) contact hours in their first year. Beginning in their second year, new faculty members should apply to their dean and the committees described in this Agreement for additional course releases to develop their scholarly programs. If a faculty member fails to obtain an additional course release by the end of their fourth year after a consistent, good faith effort to obtain a course release by these mechanisms, he/she shall be provided a course release in his/her fifth year by the Chief Academic Officer.

c. High Enrollment Release: During the duration of this Agreement, RWU and RWUFA agree to conduct and evaluate an experiment in curricular/teaching enhancement for MBUs with a high average teaching load. If an MBU averages a student load of one hundred and five (105) students in regularly scheduled classes, laboratories, or studios over a three-semester period, she/he will be granted a course release in the fourth semester. (This does not apply to faculty who receive extra compensation for high student enrollments.) Faculty members are expected to use this release to refresh and enhance their curriculum and/or pedagogical approaches. At the end of the released semester, they are required to submit to their chair or dean a report on this activity. To assure all faculty members who are eligible to receive this release, and to allow for appropriate planning, faculty should request this release via a letter to their

dean citing their enrollments for the three semester period thirty (30) days after the start of the third semester.

d. Course Release for Current Probationary Faculty: This section refers to probationary faculty members who commenced service at RWU before September 1, 2004.

Probationary faculty members who have completed one or two years of service at RWU should apply to their dean and the committees described in this Agreement for course releases to develop their scholarly programs. If a probationary faculty member fails to obtain a course release after applying for one of the course releases identified in this Agreement, that probationary faculty shall be provided a course release by the Chief Academic Officer within one year of the rejection of his/her application for a course release.

Probationary faculty members who are scheduled for tenure review in academic year 2006/07 shall be provided a scholarship/teaching course release for either the spring 2005 or fall 2005 semester if they have not otherwise secured one by the spring 2005 semester.

Probationary faculty members who are scheduled for tenure review in academic year 2005/06 shall be provided a scholarship/teaching course release during the spring 2005 semester if they have not otherwise secured one by the fall 2004 semester.

During the spring semester the Chief Academic Officer will review all teaching load reductions awarded or assigned to each department or school, as well as the balance of Service Releases versus Teaching & Scholarship Releases with the President of the RWUFA. After the second year of this contract and every year thereafter, if the provisions of this article have not been met, the RWUFA President and the Chief Academic Officer will mutually agree on an appropriate remedy to be implemented in the next academic year.

2. For a supervisor of student teachers, every five (5) students supervised shall constitute the equivalent of a full-load course.

3. Graduate instruction requires a higher level of scholarship and research than undergraduate instruction. Specific requirements/polices for graduate faculty qualifications will be developed by the University's *Graduate Council.* Faculty who teach graduate courses will be expected to meet these requirements. Therefore faculty members will have a regular teaching load of nine contact hours during semesters when they teach a graduate course(s).

4. Student Assistants -- No student or students shall be allowed to teach any course which is offered for academic credit. Student assistance

in certain courses, laboratories, or field activities under direct faculty supervision is acceptable.

5. Except in cases of extraordinary circumstances, and with the mutual consent of the dean of the appropriate school or college and the full-time, qualified, teaching faculty member or full-time, qualified, non-teaching faculty member, no full-time, qualified, teaching faculty member or full-time, qualified, non-teaching faculty member shall teach more than one (1) course or its equivalent above his/her scheduled load for additional compensation per semester. In no circumstances shall an MBU teach more than six (6) course sections or the equivalent per semester under the terms of this Agreement.

   During a calendar year, MBUs will not teach, whether day, evening, intersession or summer session, more than the equivalent of six courses, in addition to their normal two semester load (fourteen (14) courses in total). Each accumulation of ten (10) independent or external studies during a calendar year will be considered the equal of one course. Fractions of this equivalency will not be counted in the total course calculation.

6. The dean of an applicable school or college shall possess the discretion to assign courses to faculty members with the approval of the Chief Academic Officer or his/her designee.

7. The University will make a reasonable effort, when possible, not to schedule classes so that a faculty member has more than six (6) hours between the beginning and the end of classes, excluding labs, studios, overloads, and evening courses during the fall and spring semesters in the day program.

8. Evening courses are not normally assigned as part of a full-time teaching faculty member's load.

9. RWU will make an effort to list the full load teaching assignments of faculty by name in the printed semester course schedule when it is issued prior to registration.

B. PREPARATIONS

Each full-time faculty member shall be assigned no more than three (3) different preparations of courses per semester except with the consent of the faculty member involved or unless the faculty member would not otherwise have a full teaching load.

C. MAXIMUM LOAD

No full-time faculty member shall be expected to teach more than the equivalent of one-hundred and thirty (130) students per semester as part of his/her

regular load without his/her consent or additional compensation at the rate $75 per student in excess of such total.

D. COURSE SIZE

The maximum number of students in a course will be forty (40). Exceptions to the maximum shall be agreed to by the instructor. The minimum number of students shall be ten (10). Exceptions to the minimum shall be determined by the Dean of the appropriate school or college.

E. ADJUNCT FACULTY

Each part-time faculty member included in the bargaining unit shall be expected to teach the equivalent of no more than three (3) full-load courses per semester. Adjunct faculty MBUs teaching no more than three (3) full-load courses and adjunct faculty MBUs teaching no more than twelve (12) contact hours of exclusively design studio courses shall be paid on a pro-rated basis in accordance with Article XIII.B.

F. NON-TEACHING MBUs

For non-teaching MBUs thirty-five (35) hours per week shall constitute full-time employment. Any such MBU employed more than twenty (20) hours shall receive fringe benefits on a pro-rated basis.

G. RESPONSIBILITIES OF MBUs

1. All MBUs

a. Recognizing that membership in the academic profession carries with it special responsibilities, MBUs will be guided in their professional conduct by the statement of Faculty Professional Ethics attached to this Agreement as Appendix A, which appendix was drawn from the A.A.U.P. Statement on Professional Ethics (originally adopted in 1966, and revised in 1987).

b. Faculty MBUs shall meet all scheduled assignments unless prior arrangements have been communicated to the dean of the appropriate school or college.

c. Except in the case of illness or other emergency, faculty MBUs shall not cancel classes or other contractual commitments without the advanced approval of the dean of the appropriate school or college. In any event, faculty members will communicate in writing to the Dean his/her plan for missed classes. The approval of the dean shall not be unreasonably withheld.

It is understood that faculty MBUs are committed to quality

delivery of their course content and accept this contractual responsibility as a principle not to be abused.

d. All faculty shall report accidents which occur in their classes, or on campus premises, to the University Department of Public Safety immediately.

e. All teaching MBUs shall submit course grades to the Registrar's Office by the date stipulated in the Academic Calendar.

f. All faculty will cooperate in RWU program assessment and review. Course evaluations specific to program assessment and review shall not be used for the purposes of professional performance evaluation.

g. RWU recognizes that consulting work or other compensated employment during the academic year may be a valuable professional experience for full-time faculty members. However, consulting work shall not interfere with the faculty member's contractual duties to the University.

2. Full-Time Faculty

In addition to the normal faculty load as described herein, a faculty member shall assume other educational responsibilities. Such responsibilities will be distributed by department chairpersons, deans or the Chief Academic Officer or his/her delegate within the bargaining unit in an equitable manner. These responsibilities shall include the following:

-- serve on a University committee, at the discretion of RWU.

-- serve as advisor to individual students. The faculty member shall have periodic conferences with each of his/her advisees. When serious academic or personal problems are identified or appear to be evident, faculty shall make referrals to the appropriate Dean. (Normally, a faculty member shall not be assigned more than twenty-five (25) day school students.) For purposes of this provision, unexpected absences, availability of advisors or a sudden increase in students, over one year shall not be considered normal. Advising assignments in excess of the twenty-five (25) standard shall be considered in overall workload balancing at the department level as well as professional service eligible for merit consideration. No faculty member shall be assigned over 35 advisees unless granted a course reduction.

-- attend Commencement.

-- keep regularly scheduled office hours for no less than one (1) hour per week for each three contact hours of course instruction to be scheduled

over a minimum of three (3) days. Such hours shall be posted and announced in a manner which will make students and advisees aware of the hours during which he/she is available. Faculty members assigned to teach evening classes must set a reasonable portion of their office hours in the evening.

-- assume other responsibilities which are normally and traditionally considered educational responsibilities of University faculty.

3. Adjunct Faculty MBUs

Adjunct faculty MBUs shall be available to students no less than one (1) hour per week for each three contact hours of instruction during the normal school day. Their office hours shall be posted and announced in a manner which will make students aware of the hours during which they will be available.

4. Academic advising is not the exclusive right of MBUs. Administrators may serve as new student advisors and facilitators. However, all students will be assigned an academic advisor in their major areas by the student's sophomore year, unless it requires the University to violate the advisee assignment limits.

5. The University may establish standing and ad hoc committees of MBUs and/or MBUs and administrators (including, but not limited to, a Professional Development Committee and the Roger Williams Research Foundation, as required by this Agreement). Full-time MBUs shall serve on such bodies as required by Article VII.G.2. of this Agreement. It is further understood and agreed that in serving on all such bodies, MBUs are only acting in traditional faculty roles and only as professionals in their own interest in accordance with their professional expertise, training, and standards. It is further understood and agreed that such service shall not be construed as the performance of a management function.

H. UNIVERSITY CALENDAR and HOLIDAYS

1. University Calendar

RWU and the RWUFA have agreed to the calendars found in Appendix E. No change in any calendar shall be made that affects the start and end dates of the fall, spring, and summer semesters or the January intersession, wages, the number of days worked, or hours. Requests for other calendar changes shall be negotiated with the RWUFA and shall not be unreasonably denied.

2. Holidays

MBUs shall be entitled to scheduled University holidays, as

published in the University Calendar. However, MBUs shall be responsible for teaching their classes scheduled in the evening on University holidays. Non-teaching MBUs shall be required to work during all vacation periods except Christmas recess after final exams, Friday after Thanksgiving and the Spring recess.

3. University Catalog

It is the intention of RWU to produce a catalog as often as necessary to adequately represent the University's program and policies. When the catalog is produced, faculty shall be consulted regarding the description of courses.

I. OFFICE SPACE

1. Allocation of office space and equipment shall be made by the Chief Academic Officer and implemented by the appropriate dean. In case of scarcity of office space, the Chief Academic Officer shall allocate office space to full-time MBUs based upon length of service at Roger Williams University provided that the office space requested is vacant.

2. Each full-time MBU shall be assigned office space which shall contain a desk with drawer space, a desk chair, a file cabinet, book space, telephone, computer or access to the university network, and a waste basket. While a full-time MBU is working at a campus other than the one to which he/she is primarily assigned, he/she will be provided with space in which to meet with students or temporarily store educational materials. Space shall be provided to adjunct teaching faculty so that they will have a place to meet with their students and store educational materials.

3. Each school/college shall be assigned sufficient clerical support service during the academic year.

J. PARKING SPACE

RWU shall provide sufficient parking space for each MBU. MBUs shall abide by RWU's Faculty Parking Regulations. RWU shall enforce these parking regulations as follows:

1. All MBUs must park in designated parking spots.

2. Parking is not permitted in handicapped designated parking unless the faculty member has handicapped plates or permission from the VPHR & GC.

3. Current faculty parking stickers must be displayed in order to park in the faculty parking.

4. Double parking is not permitted.

5. Parking tickets must be paid within ten (10) working days.

6. Towing and storage fees must be paid in order for towed cars to be released (cars will be towed after three (3) unpaid tickets or if blocking fire doors, hydrants or other cars).

7. During the term of this Agreement, RWU will continue to provide surface parking space without charge for each MBU on the Bristol Campus and when working at the Metro Center in Providence.

K. RIGHTS OF FIRST PRIORITY AND CONSIDERATION

1. The RWUFA will be notified promptly of all administrative, faculty and staff vacancies with specifications when, and if, posted.

2. Adjunct teaching faculty shall be given consideration in the filling of teaching vacancies within the University which may occur within their fields of competence.

3. Full-time, qualified teaching and full-time, qualified non-teaching faculty shall have first priority for teaching in University Colleges and all other Academic Sessions at the time course schedules are prepared. Furthermore, to achieve this right, adjunct teaching faculty members may be displaced by full-time qualified teaching and full-time, qualified non-teaching faculty members at any time up to thirty (30) days prior to the beginning of the term, or subsequently at any point where a course scheduled by the full-time qualified teaching faculty member or full-time qualified non-teaching faculty member has been canceled. When such displacement occurs, the applicable dean shall notify the adjunct faculty member in writing within three (3) days of the displacement. The full-time, qualified teaching faculty members or full-time, qualified non-teaching faculty member's course-load shall be determined in accordance with Article VII.A. & K. herein. This right shall be subordinate to the right of the dean(s) of a school or college to select and teach not more than one (1) course per semester, provided that such course shall be selected sufficiently in advance to be included in the published schedule of courses, and in no event shall the right of the deans to teach, reduce the normal load of any member of the bargaining unit who is paid on the basis of Article XIII, A. Salary Program.

In addition to discipline expertise, there are other considerations to determine "qualified faculty" for first priority in teaching. As previously noted, graduate instruction requires a higher level of scholarship, than undergraduate instruction. On-line courses, as well as those with a substantial on-line component, such as directed seminars, may require training and competency in appropriate technology tools (such as

*Blackboard)* as well as the unique pedagogy of on-line instruction.

4. Opportunities for Service Releases will be defined and posted to the bargaining unit.

## L. DEPARTMENT CHAIRS

### 1. Purpose and Description

Chairing an academic department is an administrative responsibility requiring faculty leadership. A department chair reports both to his or her faculty colleagues and to the dean. Chairs are the primary spokespersons for department faculty, staff and students. Chairs also represent the administration to department members at the same time that they articulate the needs of the department to the administration. In this role chairs do more than simply forward information between the administration and department members. Chairs also must interpret information and arguments that accurately reflect the intent of each constituency to the other for the overall purpose of advancing the institutional mission by connecting departmental objectives to those of the school/college and those of the University *(see Hecht, I.W.D. et al. The Department Chair as Academic Leader, 1999, ACE Oryx Press).*

It is the intention of the University to establish formal academic departments with department chairs in schools/colleges with 40 or more full-time faculty members. Departments and chairs will be considered in schools with 24 or more full-time faculty members. The implementation of departments and department chairs is at the discretion of RWU.

### 2. Appointment and Qualifications

The appointment of department chairs is made by the dean of the school/college after consultation with the faculty members of the respective departments. The dean initiates the appointment process by asking the members of the department to meet and then forward to the dean the names of up to two candidates who are acceptable to the majority of the members of the department. After a review of the candidate(s), the dean may request that the department meet again and forward the names of up to two additional candidates acceptable to a majority of the members of the department. If the dean does not choose a chair from the candidates selected by the department, the dean may announce that the chair will be filled by an external candidate through a faculty search process. In that case or in the case of an unexpected vacancy, the dean may select an interim chair from the faculty of the University for a single one-year term or leave the chair position vacant, at his/her discretion.

Appointments are for three-year renewable terms. It is understood that chairs serve at the discretion of the dean and may be asked to step down at any time. To the greatest extent possible, chairs will be selected from faculty members who have achieved tenure and advanced rank at Roger Williams

University or another accredited institution.

At the end of each term of appointment the dean shall seek a confidential evaluation of the chair from the members of the department. This evaluation material will be considered before a chairperson is reappointed for a subsequent term. If at any time the members of the department, by a two-thirds vote (exclusive of the chair), express their formal concerns or lack of confidence in the performance of a chairperson, the dean will meet with the members of the department, without the presence of the department chair, to discuss their concerns. Within thirty days after this meeting, the dean will respond in writing to the members of the department regarding the concerns expressed by the department and submit a report to the Chief Academic Officer with his/her recommendation.

3. Responsibilities and Authority

The chief responsibilities of a chairperson are the development and maintenance of a coherent and effective curriculum; leadership in faculty deployment, development, and review; and the competent and efficient management of departmental resources to meet the educational needs of students in the department's courses and activities. It is understood that the department is a collaborative unit working with the department chair under the authority of the dean. Therefore, in many of the tasks identified below, the chair organizes the work of the faculty of the department rather than assuming sole professional responsibility.

a. Representing the interests of the department faculty to the dean and the Chief Academic Officer.

b. Submitting and supervising departmental budgets and administering expenditures of departmental funds as required at the discretion of the dean.

c. Fairly balancing the workload of department members by: i) supervising and approving course schedules and teaching assignments; ii) managing advising assignments; iii) coordination of other faculty responsibilities to the department; and, iv) the award of departmentally assigned course load reductions.

d. Recommending equipment and supplies for purchase, projecting space and equipment needs for the department, and exercising general responsibility for departmental facilities and equipment.

e. Preparing, for submission to the dean, descriptions of majors and courses and other departmentally-related copy for RWU publications, such as catalogues and promotional brochures.

f. Recommending major and minor and core requirements to the appropriate school/Senate committees.

g. Recruiting of adjunct faculty members and their assignment into departmental courses and activities.

h. Encouraging faculty research, writing, and creative activity.

i. Encouraging effective classroom teaching, including the application of both innovative and conventional teaching techniques.

j. Evaluating full-time faculty to promote individual faculty achievement and to make recommendations regarding merit pay.

k. Through the school Faculty Review Committee, making recommendations to the dean regarding promotion, tenure and post-tenure review.

l. Conducting regular and special departmental meetings as may be required, consistent with normative procedures, sound management, and the academic responsibility and freedom of the members of the department.

m. Assisting with and organizing faculty participation in the active recruitment of students.

n. Arranging for departmental approval of independent studies, including tutorials, research projects, and internships.

o. Encouraging a stimulating intellectual climate for students and faculty in the discipline through such programs as lectures and presentations of research work.

p. Assisting in the staffing of the department by playing a leadership role in faculty and staff searches.

q. Coordinating assessment activities and periodic review of the department for accreditation and other purposes as required.

r. Hearing personnel issues and complaints and making sound and effective supervisory judgments and recommendations for action.

4. Compensation of Department Chairperson

Each chairperson will receive at least one course (3 contact hours) load reduction (or equivalent stipend) per semester and an additional stipend of one twelfth of their base salary for occasional summer related chair activities. Chairperson(s) may elect to carry one overload per semester. Additional

compensation may be granted when needed. Multiple departmental workload indicators, such as the number of full-time faculty, number of adjunct faculty members, number of academic programs, specialized accreditation requirements and special projects will be considered. At the end of each year, the Chief Academic Officer will review all chairperson compensation packages with the President of the RWUFA to assure the equitable distribution of additional chairperson compensation according to departmental workload. Final determination of chair compensation packages will be made by the Chief Academic Officer.

M. Program Coordinators

A faculty member may accept the appointment of Program Coordinator as recommended by her or his school/college dean to the Chief Academic Officer. Program Coordinators may be assigned a variety of duties related to a specific academic program that may be academic, developmental, administrative or enrollment management related. Compensation for program directors may include a stipend and/or up to two course releases per semester. When a program coordinator position becomes available, RWU shall consult with the RWUFA President and share a job description prior to the posting. The position shall be posted to the members of the bargaining unit before it is filled.

N. Program Facilitators

With the recommendation of the SCS dean and by approval of the Chief Academic Officer and the MBU's college/school dean, full-time faculty members may be assigned to the School of Continuing Studies as *Program Facilitators* to perform duties other than instruction or advisement.

1. Program Facilitators duties may include:

- be assigned responsibilities for one or more programs;
- provide oversight and direction for adjunct and staff advisors;
- administer, coordinate, and assist with the credit documentation process, including providing information to students and advisees, assisting with the credit documentation review, and with the completion of credit documentation transactions;
- assist with program planning and development, including assisting the dean and working with other faculty and staff in activities related to program development, planning, marketing, client cultivation, enrollment management, etc. ; to include relations with professional organizations, the development of new programs, and relations with outside individuals and agencies;

- assist with SCS operations and program coordination. This would include assisting in the admissions, interviewing, recruitment, and retention processes for students, both on-campus and off-campus; assisting in the recruitment, training, and retention of faculty; assisting in developing course schedules, and in coordinating and developing course offerings with adjunct faculty members and others, including those required to serve distance students; and assisting in coordinating program and educational activities with other faculty in SCS;
- assist with development and fund-raising activities, alumni relations, and advisory board activities.

2. Full-time faculty must be authorized by the appropriate college/school deans to serve as program facilitators in the SCS and to receive course release(s) or overload compensation. Consideration for the use of program facilitators shall occur when warranted by: 1) the aggregation of continuing education students in specific academic programs; and/or, 2) activities and endeavors related to planning and development of specific programs.

3. The SCS may periodically define and submit for approval to the Chief Academic Officer, whole or partial equivalent loads for MBUs who serve in academic capacities other than program facilitator. This may include MBUs who develop academic programs or learning resources, work on credit documentation, or similar projects and activities.

4. Employment outside of normal academic year:

   a. A full-time MBU working full-time in the SCS during any or all of the months of January, June, July, and August shall be paid at the rate of $ 3,360 per month in 2004-2005 and 5% yearly increase thereafter.

   b. Staffing needs for these months shall be recommended in advance of any assignment by the Dean of SCS for approval by the Chief Academic Officer.

O. CAMPUS ASSIGNMENT AND REIMBURSEMENT OF TRAVEL EXPENSES

To the extent possible, RWU will attempt to minimize the assignment of full-time MBUs to teach at more than one campus location on a single day. This undertaking shall not apply with respect to overload courses.

Full-time MBU faculty members who are assigned to teach a course which is part of their normal load or perform special academic

services at a location removed from the campus of the University at which they are primarily assigned to work shall receive mileage and travel expenses consistent with established University policy.

## ARTICLE VIII
## APPOINTMENT, EVALUATION, PROMOTION and TENURE

A. APPOINTMENTS

Initial faculty appointments shall be issued by the Vice President for Human Resources. The Chief Academic Officer shall routinely consult with and seek recommendations from members of the respective academic areas through the dean to whose School the appointment will be made. Where possible, a search committee will be established which shall include faculty from the respective academic disciplines involved. It is recognized that the Chief Academic Officer makes the final determination in these matters. The same general procedures will apply in the case of initial appointments of all non-teaching faculty members. The Chief Academic Officer will notify the President of the RWUFA of all appointments of full-time faculty members and provide copies of all letters of initial appointment on or before October 1 for fall appointments and March 1 for spring appointments.

Faculty shall be appointed initially to the rank of assistant professor, associate professor or professor, or assistant professor in the library, associate professor in the library or professor in the library, or assistant professor of Psychological Counseling, associate professor of Psychological Counseling, or professor of Psychological Counseling. All initial offers of employment shall be reduced to writing and shall specify the individual's conditions of appointment including rank, compensation, area of appointment and nature of the appointment.

1. Visiting Appointment

Visiting appointments are non-tenure track appointments which may be made for up to three years to replace faculty on leave, to fill a full-time position on an interim basis, and to employ visiting staff. Individuals holding visiting appointments shall be faculty members, in accordance with provisions of Article I, and shall have all rights under the Agreement with the exception that their employment shall be terminable at will; otherwise such employment shall terminate as indicated in their individual letters of appointment. Visiting appointments shall not be given to individuals who have held full-time appointments at Roger Williams University during the previous five (5) academic years, which were not specified as visiting appointments. Colleagues from other colleges and universities replacing faculty members of Roger Williams University under any faculty exchange arrangement shall receive visiting appointments and shall not be MBUs. Such exchange arrangements must have the prior approval of the faculty member, the positive recommendation of the Dean of the appropriate School and the approval

of the Chief Academic Officer, whose decision shall be final. The President of the RWUFA shall be notified of all such appointments. Appointments for less than one (1) academic semester shall carry no benefits.

Visiting appointees are not eligible for promotion and tenure. The title of Visitor is extended to those persons who are employed full-time to teach or pursue scholarly activities at the University for a limited period of time. These shall normally be limited to three (3) consecutive years.

2. Adjunct Faculty Appointment

Adjunct faculty appointments are term appointments given to faculty teaching on less than a full-time basis. Adjunct faculty who teach six (6) or more contact hours in the daytime program per semester, shall be MBUs in accordance with provisions of Article I, and shall have all rights specifically provided under this Agreement for adjunct faculty. Their employment shall be terminable at will. Such faculty members do not accrue time toward tenure, nor do they qualify for consideration for promotion. RWU will make a reasonable effort when possible to notify previously scheduled adjunct faculty of changes in their assignment within a reasonable time after learning of such changes.

3. Probationary Appointment

Probationary appointments are tenure track appointments given to those full-time faculty members who are expected to apply for a position with tenure upon successful completion of the requirements for tenure. Except as provided below, the first six (6) years of full-time employment for tenure-track faculty members shall constitute a probationary period. Initial year employment for one (1) semester or less will not count toward the probationary period. However, newly appointed faculty members with prior full-time tenure track experience at another accredited college or university may be granted, at the discretion of the Chief Academic Officer at the time of initial appointment, up to three (3) years credit for that prior experience toward eligible service for promotion and tenure. Any credit for prior experience which is allowed must be documented in writing in the faculty member's initial appointment letter, or it will be deemed that no such credit was given. Time under a visiting appointment shall be counted toward tenure, if continuous, at the discretion of the dean.

Probationary appointees are subject to the reappointment procedures outlined in this Article. During any probationary year employment may be terminated by the Chief Academic Officer, who will state the reason(s) for termination in writing. The reason(s) for termination may not be arbitrary or capricious.

Probationary MBUs who receive notice of non-reappointment during their

fourth, fifth, or sixth year for performance (evaluation) reasons shall receive a terminal year.

4. Tenured Appointment

Tenured appointments are continuous appointments given to those full-time faculty who have applied for and received tenure pursuant to this Article. Tenured appointments are entitled to appointment renewal unless separated pursuant to the provisions of this Agreement.

5. Emeritus Appointment

The title of Professor Emeritus may be granted to those full-time faculty members who have voluntarily terminated their relationship to the University after ten or more years of distinguished service as a tenured professor. A Professor Emeritus is designated by the Board of Trustees upon the recommendation of the Chief Executive Officer of the University. No compensation accrues by virtue of the rank of Professor Emeritus.

6. Executive Appointment

Nothing in this Agreement should be construed to prohibit the appointment to the faculty by the Chief Executive Officer of the University of an individual of exceptional talent or accomplishment who does not meet all the stated criteria.

B. Evaluation for Performance Assessment, Reappointment, Requests for Promotion and Tenure

Evaluations shall be conducted in accordance with this Article. The purposes of the evaluation system described herein are to help faculty members to improve their professional performance; to record a formal evaluation of how well an MBU has performed his/her duties; to provide for regular discussions about individual performance and improvement thereof; to provide incentives for outstanding performance; to provide formal recognition of outstanding performance; and to provide a basis for decisions as to reappointment, promotion and tenure. The University and its faculty members regularly conduct ongoing evaluations (such as student course surveys) to enhance the learning experience of students and faculty members. Comprehensive evaluations for reappointment, promotion, tenure and post-tenure review are conducted at stipulated times according to this Article. Evaluation for reappointment, promotion and/or tenure is a cumulative process. Recommendations received from faculty, students and administrators will be considered.

The Chief Academic Officer shall be responsible for ensuring the standards and carrying out the procedures described in this Article.

1. Frequency of Comprehensive Evaluations

a. Visiting Appointments

Visiting faculty members who are appointed to a second one-year term will undergo a comprehensive review unless they indicate in writing that they do not wish to be considered for a third one-year appointment. Nothing herein changes the basic nature of a visiting appointment.

b. Reappointment of Probationary Faculty Members

Comprehensive evaluation of probationary faculty members will be conducted consistent with the following chart:

Time to Tenure

| Years | Evaluations |
|---|---|
| 6 | 2-4-6 * |
| 5 | 2-4-5 * |
| 4 | 2-4 * |
| 3 | 2-3 * |
| * Tenure Decision | |

An important purpose of the first comprehensive evaluation is to clearly indicate the accomplishments and performance expectations that must be met for the award of tenure. The review immediately preceding the final probationary review should indicate any weakness or unmet expectations that could serve as an impediment to achieving tenure. The final probationary review serves as the final cumulative evaluation for the award of tenure. Notwithstanding the comprehensive evaluation program cycle, probationary faculty members in their progress toward tenure are subject to performance review and to nonreappointment as set out in Article VIII A.3.

c. Tenured Faculty Members

After the faculty member has received tenure, a comprehensive evaluation will be conducted every fifth year or in the fifth year after a promotion, whichever is later.

d. Re-evaluation of Tenured Faculty Members

If the evaluation of a tenured MBU is considered negative by RWU, the faculty member shall be re-evaluated in the fall semester of the second year following the year of the negative evaluation. In all cases where RWU considers the initial evaluation to be negative, the Chief

Academic Officer shall notify him or her by May 30. In the event of a negative evaluation, the faculty member will be given recommendations, in writing, corresponding to the specific areas in which improvement is necessary. By October 1 of the fall semester of the second year following the year of the negative evaluation, the faculty member must submit his/her self-study report in the form required by Article VII.B.3.a to his/her respective dean. The reevaluation will be comprehensive. RWU may also address, outside the reevaluation process, performance concerns, if any, which arise subsequent to the initial evaluation. The respective dean shall review the faculty member's submission and prepare a report which will be forwarded to the faculty member and the Chief Academic Officer by November 1. By November 10, the faculty member may prepare his/her written response to the dean's report and forward same to the Chief Academic Officer. The Chief Academic Officer will have until December 1 to notify the faculty member of the results of the comprehensive reevaluation. If the comprehensive reevaluation results in a negative conclusion, then the faculty member may be terminated for performance evaluation as described in Article IX.B.

e. Request for Comprehensive Evaluation for Promotion

Eligible, full-time faculty members shall be considered for promotion by submitting a written request for promotion to the appropriate dean by September 15 of the academic year in which they wish to be considered. To be eligible for consideration, the faculty member must submit to a comprehensive evaluation as outlined in this Article and provide all the documentation required by the stated deadlines or forfeit the opportunity for consideration again until the following year. The applicant's request for promotion and comprehensive evaluation must address the specific criteria for promotion as outlined in Article VIII.C.

f. Faculty on Leave During the Year of Scheduled Evaluation

A tenured faculty member who is scheduled for a comprehensive evaluation may delay their evaluation until the next academic year if they are on leave for a period greater than thirty-five (35) consecutive week days (in which the university has scheduled classes or final exams) during their evaluation year or the spring semester prior to their evaluation year. To exercise the option to delay the evaluation, the faculty member must communicate their decision to their dean, in writing on or before the due date for the submission of their self-study of the scheduled evaluation. Only one such delay may be granted. Only the Chief Academic Officer may approve a requested delay for a tenured faculty member being evaluated under the conditions of Article VIII B.1.d.

A probationary faculty member who takes a leave of more than one semester during the probationary period shall have his/her tenure decision delayed one year. For each additional leave of more than one

semester taken during the probationary period, the tenure decision will be delayed one additional year.

A probationary faculty member who takes a leave of one semester or less (but more than thirty-five (35) consecutive week days during which the University has scheduled classes or final exams) since their initial appointment or last comprehensive evaluation, whichever is most recent, has the choice to be evaluated on schedule (2nd, 4th, or 6th year evaluation) or to delay their evaluation one year and therefore extend their probationary period one year. To exercise the option to delay the evaluation the faculty member must communicate their decision to their dean in writing on or before the due date for the submission of their self-study of the scheduled evaluation. Such leaves may not be given solely for the purpose of extending the probationary period.

2. Evaluation Criteria and the Comprehensive Self-Study

Assessment of the general abilities of individual faculty members shall be in relation to his or her specific discipline, program, or duties, and to the needs and interests of RWU. This process may involve classroom visitation and is not limited to consultation with faculty members of the program, college or school, with students in his or her courses, and with any other pertinent individual possessing knowledge of his or her performance. The faculty member, other faculty members in the academic unit, current and/or former students, external peers recognized as experts in the discipline, the dean and Chief Academic Officer may be consulted for input during the evaluation process.

Documented excellence in teaching is the primary criterion for awarding reappointment, promotion and tenure. Scholarship as needed to inform teaching, meet accreditation requirements or advance one's discipline is also an important criterion. RWU recognizes the multiple forms of scholarship as articulated by Ernest Boyer in *Scholarship Reconsidered: Priorities for the Professoriate* and by Charles Glassick et al. in *Scholarship Assessed: An Evaluation of the Professoriate.* Other criteria also enter into the evaluation process. These may include, but are not limited to, academic advisement, program development, and institutional and/or community service directly related to the Mission of the University.

Roger Williams University is a student-centered teaching institution. Accordingly, the primary responsibility of faculty is teaching and the primary evaluation requirement is effectiveness in teaching. While all faculty are expected to maintain a program of professional development, and scholarly and creative activities (especially as they inform and enrich teaching), a publish or perish atmosphere is not intended. Therefore, the current evaluative criteria on scholarship, professional and/or creative activities, as set forth herein may be satisfied

in a variety of ways for purposes of reappointment, promotion, tenure or post-tenure review.

Further, RWU endorses a broad view of faculty scholarship. Evidence of scholarship includes, but is not limited to, books, articles in scholarly journals, articles in periodicals for general audiences, reviews, conference presentations, speaking engagements, media commentary, artistic exhibitions, recitals, theatrical performances, musical compositions, professional workshops and training sessions, grantsmanship, and professional consulting and commissions. External expert validation of the scholarly merit of these various activities is required.

It is recognized that all the evaluation criteria set forth below do not apply to all faculty members because of the non-traditional nature of their assignments as faculty. It is also recognized that individual, specific criteria differ in importance within schools and departments due to accreditation requirements and the strategic initiatives of the University. The degree and quality of participation will determine the overall contribution a faculty member has made to students, their department, their school/college and the University.

To prepare for a comprehensive evaluation a faculty member must prepare a Comprehensive Self-Study that addresses the faculty member's effectiveness in the following four categories:

1) teaching;
2) academic advising and program development;
3) scholarly, professional and/or creative activities; and
4) institutional and/or community service.

The self-study should be submitted to their respective dean by October 1st of the year of a scheduled comprehensive review, or as soon as possible but no later than November 15th for the 2004-2005 academic year. Specific guidelines for the content of the self- study are found in Appendix G.

Evaluation criteria are described in detail below.

a. Visiting and Adjunct Faculty Members

Faculty members holding visiting appointments are evaluated in a manner appropriate to assess the teaching, scholarly and/or development expectations of their individual appointments. Adjunct faculty will be evaluated only on the criteria applicable to effectiveness in teaching. The appropriate dean may, but is not required to, prepare a written report of his/her evaluation of adjunct faculty.

b. Probationary and Tenured Teaching Faculty

The following criteria may be considered for decisions regarding performance assessment of probationary and tenured teaching appointees. Faculty members are, however, expected to take part in as many activities as mentioned below as appropriate. These activities illustrate the wide range of areas from which faculty demonstrates qualifications for reappointment, promotion, or tenure. It is recognized that not all of the following items apply to all faculty being evaluated. Other relevant criteria may be added as appropriate.

With respect to tenured faculty members, the appropriate dean and the faculty member shall meet and discuss the criteria which will be utilized during the evaluative process in the academic year preceding the evaluation year. With respect to probationary faculty members, at the beginning of their first year the appropriate dean and the probationary faculty member shall meet and discuss the criteria which will be utilized during the cumulative evaluative process. If changes occur in these criteria, the appropriate dean will notify the probationary faculty member. The results of any meeting under this paragraph shall be reduced to writing and provided to the faculty member within fifteen (15) working days.

Effectiveness in Teaching

1) Current knowledge of subject matter and the ability to organize and present it effectively.

2) Coherent syllabi stating course objectives; evidence that objectives are communicated to students, and that course content and assignments are designed to accomplish course objectives.

3) Effective assessment of classroom teaching and learning and clear academic standards.

4) Ability to stimulate the interest of students, evoke their responses, and involve them in the learning process.

5) Continuing development and updating of instructional materials and teaching methods.

6) Effective classroom presentation.

Effectiveness in Academic Advising and Program Development

1) Responsible and well-informed advisement of

assigned advisees, particularly with respect to timely completion of graduation requirements and selection and achievement of educational goals.

2) Contributions to curriculum planning and assessment, whether disciplinary or interdisciplinary, departmental or institutional.

3) Development and delivery of workshops and conferences related to the discipline and other educational programs.

Effectiveness in Scholarship, Professional and Creative Activities

1) Ongoing professional development, such as attendance at conferences; pursuing scholarly, professional literature; advanced study; etc.

2) Research and/or advanced study related to the discipline(s) taught.

3) Publications related to the discipline(s) taught.

4) Other research, study, or publications.

5) Participation in performances, exhibitions, and similar activities, especially as they relate to the teaching discipline(s).

6) Professional consulting, especially as it relates to the discipline(s) taught.

7) Delivery of and participation in workshops, lectures, professional panel presentations, colloquium conferences, etc.

8) Other professional activities.

Effectiveness in Institutional and Community Service

1) Service on departmental, college/school, or University committees.

2) Participation in program review and assessment and development of curricula.

3) Development and delivery of recruitment activities specific to increasing the quality and number of

students in the evaluee's academic program, college, or school.

4) Developing and maintaining productive relationships with students and colleagues.

5) Participation in activities that provide a useful service to members of the community.

6) Grantsmanship.

7) Recognition such as awards, grants, honors, etc.

8) Professional service off-campus that is directly related to the Mission of the University.

c. Probationary and Tenured Librarians and Psychological Counselors

The following criteria may be considered for decisions regarding performance assessment of probationary and tenured librarians and psychological counselors. Librarians and psychological counselors are, however, expected to take part in as many activities mentioned below as appropriate. These activities illustrate the wide range of areas from which librarians and psychological counselors demonstrate qualifications for reappointment, promotion, or tenure. It is recognized that not all of the following items apply to all librarians and psychological counselors being evaluated. Other relevant criteria may be added as appropriate.

With respect to tenured librarians and psychological counselors, the appropriate dean and the librarian or psychological counselor shall meet and discuss the criteria which will be utilized during the evaluative process in the academic year preceding the evaluation year. With respect to probationary librarians and psychological counselors, at the beginning of their first year the appropriate dean and the probationary librarian or psychological counselor shall meet and discuss the criteria which will be utilized during the evaluative process. If changes occur in these criteria, the appropriate dean will notify the probationary librarian or psychological counselor. The results of any meetings under this paragraph shall be reduced to writing and provided to the librarian or psychological counselor within fifteen (15) working days.

Professional Competence and Program Development

1) Current knowledge of librarianship or psychological counseling.

2) The ability to work with students, faculty and other staff to provide the services of the University's libraries or Counseling Center.

3) Continued assessment, development and refinement of major areas of responsibility.

4) Current knowledge and competency in existing and developing appropriate technologies.

5) Effective professional performance.

6) Effective communication and interaction with colleagues in order to meet the library's or Counseling Center's objectives.

Effectiveness in Scholarly, Professional and/or Creative Activities

1) Maintaining continued professional development.

2) Engaging in research, or advanced study.

3) Publishing books. articles, reviews, or critiques.

4) Conducting workshops, consulting professionally, or professionally-related lecturing off-campus.

Effectiveness in Institutional and/or Community Service

1) Service on departmental or University committees and participation in major curriculum changes, assessment or recruiting.

2) Maintaining positive relationships with colleagues and students.

3) Engaging in useful services to members of the community.

4) Receiving awards, grants, honors or other recognition of service work.

5) Performing off-campus, professionally-related service work.

3. Procedures, Peer Review and Timelines

a. Self-study Report

As noted under Article VIII.B.2, faculty members are required to submit to their respective dean a self-study by October 1st of the year of a scheduled comprehensive review, or as soon as possible but no later than November 15th for the 2004-2005 academic year.

b. Student Course Surveys

RWU may conduct student course surveys each semester for all sections of all courses, laboratories and studios taught on all campuses and in all programs. Copies of student course surveys obtained for all courses, laboratories and studios taught may be utilized to evaluate visiting, adjunct, probationary and tenured faculty members. Normally, student course surveys shall be completed no later than December 1 during the fall semester and April 15 during the spring semester. The results of student course surveys conducted in a faculty member's classes shall be communicated, in writing or in original form, to the faculty member no later than four weeks after the submission of final grades for the semester in which the surveys were conducted. RWU acknowledges that it considers the Student Course Surveys to be only one source of information about the faculty member's performance among many other sources.

c. Classroom Observations by Observing Dean or Chairperson

The appropriate dean, assistant dean, associate dean, or department chair shall notify the faculty member of the dates and times for classroom visits. The faculty member may advise the chair or dean of any reason the classroom visits should not take place on such a date and time, which that observer shall consider. Since the purpose of a chair/dean's classroom visits is to observe and evaluate the faculty member's performance, the observer will position himself or herself as unobtrusively as possible and will not ordinarily participate in classroom activities unless invited to do so by the faculty member. Within ten (10) working days after the classroom visit, the observing chair/dean shall present a written summary of his or her evaluation of the class session, to which the faculty member may respond in writing within ten (10) working days of receipt and may arrange with the observing chair/dean for a second classroom visitation. Normally, the chair/dean's visits shall not exceed one (1) visit per course, per semester, unless by mutual agreement.