EXHIBIT B

# Roger Williams University
# Feinstein College of Arts and Sciences
# FRC Report Form

Name of Faculty Member: Dr. David Moskowitz
Tile of Faculty Member: Assistant Professor of Political Science
Action: Tenure w/o Promotion
Date: November 3, 2005
Chair of the FRC Committee: Ernie Greco, Ph.D.
Members of the FRC Committee: Garrett Berman, Ph.D., Richard Potter, Ph.D., June Speakman, Ph.D., Don Whitworth, Ph.D., Diane Comiskey, Ph.D.

**Recommendation: Based on its analysis of Dr. Moskowitz's self-study, the report of his department chair, and committee discussion, the FRC unanimously recommended Dr. Moskowitz for tenure. In a separate vote, the committee unanimously voted not to support the petition for promotion.**

1. Evaluation of Teaching Effectiveness:

The committee finds Dr. Moskowitz's educational philosophy is well articulated and its tenets are reflected in his classroom behavior and activities. Student evaluations are universally high and above the University Mean across all sections Dr. Moskowitz provided for this evaluation. Further evidence of teaching excellence provided by his Chair include her observations that Dr. Moskowitz has a very good rapport with his students, knows his students' names across his classes, teaches his students important information effectively and that he teaches the Core History course the way it is supposed to be taught. Further evidence of his teaching acumen is reflected in the Chair's comments that his department colleagues have yet to hear that any student would not take another course with Dr. Moskowitz in the future. However, there has been some level of concern expressed by the Dean of Arts & Sciences and confirmed by his Chair, regarding Dr. Moskowitz's teaching techniques which sometimes include controversial approaches to sensitive materials. The concern expressed by Dean Koelle is directed at the occasional student who might not understand or get the point Dr. Moskowitz is attempting to make and exit his class with the wrong impression. While this is a primarily a matter of stylee, the committee feels that Dr. Moskowitz needs to take heed of Dean Koelle's recommendations regarding this issue.

2. Evaluations of Academic Advising and Program Development:

Dr. Moskowitz takes academic advising very seriously and according to his self-report he takes extra caution to ensure that his students are appropriately advised. He appears to take personal interest in his advisees and has often served as an auxiliary advisor for students who have not been assigned to him and who have additional questions regarding advising.

In terms of Program Development, Dr. Moskowitz is the primary author and creator of the Master's Program in Public Administration. The committee unanimously agrees that this has been a major contribution during his probationary years. This accomplishment has included creating/writing the entire curriculum for the Master's Program in Public Administration. In addition, Dr. Moskowitz stewarded this program through the Roger Williams University Curriculum Committee and the State Department of Education. This is particularly important given that he was acting as Departmental Coordinator as a probationary faculty member. A level of controversy surrounded the proposal of the Master's Program almost from its inception. He is justifiably proud of his accomplishment! The University Administration agreed with the level of accomplishment associated with this activity by awarding Dr. Moskowitz one Step in Merit Pay for the Year 2004/2005. The committee wishes to recognize his efforts and accomplishments in this area as well.

3. Evaluation of Scholarly, Professional, and/or Creative Activities:

At present, Dr. Moskowitz has submitted at least two articles for review to journals in his professional area. To date one article has been rejected and the other is presently under review. Although the rejected article will be submitted to further journals for review, publication of this and other articles are at least one year down the road. As stated in an earlier section of this evaluation report, Dr. Moskowitz counts the creation of the Master's of Public Administration a major contribution in the area of Professional and/or Creative Activities that consumed much of the time he would have normally allocated for research and writing. Additionally, he suggests that his time as acting administrator of the Political Science Department served as a major distraction from his chosen area of research. It must also be recognized that Dr. Moskowitz has consistently taught overloads for his department during a significant period of his probationary years. While the committee agrees that development and administration of the Master's Program, the administration of the department and his dedication to teaching, were a significant contribution, Dr. Moskowitz needs to become more active in the scholarship of his discipline.

4. Evaluation of Institutional and/or Community Service:

Dr. Moskowitz reports that he is and has been consistently available for all departmental activities and has participated in Accepted Student Days, Summer Orientations, and Registration sessions. He served as the Coordinator for his department prior to the establishment of the Chair positions during a trying time for the Political Science Department. He has served on several Search Committees leading to the hire of at least one new faculty member in the Political Science Department, two faculty members in the Psychology Department, and is presently serving on Search Committees for the Master's in Public Administration and Psychology programs. To date, most of his service activities have been at the local level. The committee wishes to recognize this service while acknowledging that there is a weakness in his participation/service in activities such as university standing committees.

Summary, Conclusions, and Recommendations to the Dean:

In conducting this review for Tenure and Promotion, the committee used information derived from (1) the self-study report submitted by Dr. David Moskowitz, (2) personal observations from committee members (3) observations from the Chair of the Political Science Department, and (4) student evaluation data. The committee decided by consensus not to seek other input for the completion of this report.

After deliberation regarding Tenure, the committee has concluded that Assistant Professor Moskowitz is a valuable member of The Political Science Department and the University and unanimously recommends that he be awarded Tenure. Evidence provided in the self-study and individual committee members' observations pertaining to his teaching effectiveness, program development, service to his department and advising activities support the decision that Dr. Moskowitz meets or exceeds the requirements for tenure as outlined in the RWU Faculty Contract.

In a separate vote, the committee unanimously agrees that Dr. Moskowitz should take into consideration the following recommendations prior to requesting promotion at a future date:

- Service to the University is an important endeavor and Dr. Moskowitz should consider joining a university or faculty senate standing committees in an effort to broaden his service experiences prior to requesting promotion. Thus, the committee recommends that Dr. Moskowitz join a committee(s) of his choice.
- Scholarship is one of Dr. Moskowitz's weakest contributions or activities over the previous probationary period. While the committee recognizes that his contributions in other areas such as administration of his department as Coordinator and his contributions in terms of program development (the creation of the MPA) have been distractions from scholarly activities, it is important that Dr. Moskowitz redouble his scholarly work and develop a program of research that will make a contribution to his area of specialty, especially as it informs his teaching. This effort will provide the students he seems to value highly a broader and deeper academic experience.
- Collegial interactions are an important part of academic life and provide students with appropriate role models. Dr. Moskowitz is a valuable colleague and seems to be very dedicated to his teaching and teaching style. However, the committee recognizes that there are times when Dr. Moskowitz forgets that not everyone among the university community grasps completely his playful activities outside the classroom and at times, may misinterpret the meaning of his statements or behaviors. Therefore, the committee recommends strongly that Dr. Moskowitz consider that his behaviors and statements pertaining to race, gender, or political identity might be misinterpreted in a negative fashion and he needs to be more cautious in an effort to curb the misinterpretations that may occur. This recommendation by no means suggests that Dr. Moskowitz has violated any contractual obligation but does signify that there are times when his statements

are taken out of context and have or do cause unaware colleagues a degree of concern. The committee believes that it is Dr. Moskowitz's responsibility to address this concern.

Tally of the Vote:

| | | | | | |
|---|---|---|---|---|---|
| Tenure: | For: | 6 | Against: | 0 | Abstain: |
| Promotion: | For: | 0 | Against: | 6 | Abstain: |

Final version accepted by the full committee on December 13, 2005

Ernest Greco, Chair

Dianne Comiskey

Garrett Berman

Richard Potter

Donald Whitworth

June Speakman

# Roger Williams University
## Feinstein College of Arts and Sciences
### FRC Report Form

Name of Faculty Member:
Title of Faculty Member:
Action: Tenure / Promotion / Post-Tenure
Date:
Chair of the FRC Committee:
Members of the FRC Committee:

Discuss each of the areas below and indicate whether or not the candidate meets expectations.

1. Evaluation of Teaching Effectiveness:

2. Evaluation of Academic Advising and Program Development:

3. Evaluation of Scholarly, Professional and/or Creative Activities:

4. Evaluation of Institutional and/or Community Service:

Summary, Conclusion, and Recommendation to the Dean:

Tally of the Vote:

| | | | |
|---|---|---|---|
| Tenure: | For: | Against: | Abstain: |
| Promotion: | For: | Against: | Abstain |
| Post Tenure: | Satisfactory: | Unsatisfactory: | Abstain: |

*Notes:*

- *A faculty member who is not recommended for tenure may not be recommended for promotion.*
- *Any FRC member(s) who disagree with the vote may submit a minority report(s) to the Dean and candidate.*