Roger Williams University
Learning to Bridge the World

EXHIBIT C

Office of the Dean
Feinstein College of Arts & Sciences

**Name of Faculty Member:** Dr. David Moskowitz
**Title of Faculty Member:** Assistant Professor of Political Science
**Action:** Tenure and Promotion to Associate Professor
**Date:** March 1, 2006

## SECTION I: INSTRUCTION

1. **Describe your educational philosophy as it applies across your teaching.**
Dr. Moskowitz has provided his philosophy of teaching. He defines teaching as "the task of getting students enthusiastic about (and wanting to go beyond) the material in the course so that they can learn to think critically about the material."

He states that there are three essential ingredients: "the material in the course, what each student brings to the course, and the method (used) to present the information and engage the students."

Throughout this self-study, Dr. Moskowitz has provided evidence of his construction of "the material of the course." He has also analyzed what students bring to the course, and discusses the methods he uses to present information and engage students. His methods of engaging students, which I have observed during his entire career at RWU, are sometimes daring and unusual. They are often very successful, as seen by the number of students who take his courses and stop by his office. However, it should be expected that such methods will occasionally backfire – and they have. Students occasionally take his remarks at face value rather than interpreting them in the context he intends. One of his more challenged students, for example, incorrectly used Dr. Moskowitz's supposed stand on women as an excuse for inappropriate behavior toward a female faculty member. Throughout his years here, I have advised caution because there were people who simply "didn't get it." Dr. Moskowitz has only somewhat heeded that advice; he has not significantly changed his style.

2. **Provide a list of courses taught.**
3. **Describe the goals and/or objectives for each course being considered, and, wherever possible, discuss how they relate to the goals and objectives of the academic program, the school/college, and the mission of the university.**

One Old Ferry Road
Bristol, RI 02809-2921
(401) 254-3149
Fax (401) 254-3286
email: rkoelle@rwu.edu
www.rwu.edu

4. **Describe the following components for each course providing a rationale for each in terms of the objectives of the course:**
   a. **organization of the course**
   b. **method of delivery**
   c. **assignments/activities**
   d. **examinations or other assessment tools**
5. **Describe student performance in each course and assess the performance in terms of the goals and objectives of the course. This should include but not be limited to an analysis of the student course surveys. Whenever possible, provide additional evidence that these goals and objectives have been met.**

Dr. Moskowitz has provided all of the material outlined above for his courses, to my satisfaction and the satisfaction of the FRC, which commented: "The committee finds Dr. Moskowitz's education philosophy is well articulated and its tenets are reflected in his classroom behavior and activities."

Further evidence is given by their quote from his Chair, Dr. Speakman, who comments that he has "very good rapport with his students, knows his students' names across his classes, teaches his students important information effectively and that he teaches the Core History course the way it is supposed to be taught."

## SECTION II: ACADEMIC ADVISING AND PROGRAM DEVELOPMENT

1. **Describe your approach to academic advising and analyze its effectiveness.** Dr. Moskowitz has described his careful approach to advising and gauges his success partially on the fact that both his advisees and other students from his classes avail themselves of his advice. He has an open door policy. He was the advisor for the MPA students. While he does not state the reason why he no longer advises MPA students, some of the answer lies in the difficulty of part-time evening students taking courses in Providence being advised by a day faculty member with a Bristol office. Some lies in the strained relationship with the Providence MPA faculty.

   In his discussion, Dr. Moskowitz states that he has spotted errors in the degree audits for his students and discussed them with the Registrar. While it may seem that all faculty rely on the information in degree audits, that is not always the case and I applaud Dr. Moskowitz for working to help both the students and the administrative system.

2. **Describe your activities in program development and assess your contributions.**
   Dr. Moskowitz's primary contribution in program development was his role in the MPA program that was created while he was the Department Coordinator in Social and Political Science. He has provided a full description of his work in

developing the MPA program and shepherding it through the required University and State processes. He is accurate in assessing his essential role in this process.

The FRC report alludes to a "level of controversy that surrounded the proposal of the Master's Program almost from its inception." This is true and can be traced, I believe, to several causes. One of them is the speed with which the administration urged the process. A second is that, possibly in response to that request for speed, Dr. Moskowitz states in his self-study that: "The curricular section of the RIOHE proposal as well as the new program proposal and all of the new course proposals for the MPA were written by me." This was, and continues to be, a troubling statement for a former department coordinator to make about a process that should have involved the entire department to varying degrees.

It was clear that Dr. Moskowitz had difficulty as department coordinator. Since the position, as described in the faculty contract, was new, it could be expected that there would be problems as both the coordinators and their faculty became accustomed to the new structure. Problems could be ascribed to faculty resistance, lack of management skills by the coordinator, lack of appropriate support by the administration, or a combination of all of these factors. Dr. Moskowitz certainly has to take some part of the blame.

It should be noted that Dr. Moskowitz has decided to distance himself from the MPA program, making a formal statement that he refuses to take further part in MPA meetings. Dr. Moskowitz has not described his reasons for this refusal, but it appears that he finds it difficult to work out compromises with the other members of the department, especially in relation to the MPA program.

The parameters in the MPA program – the course structure, the expectations for students, the part-time students for whom the program was intended – define the current situation. The program needs faculty who are committed to its success. Dr. Moskowitz, despite his early work in creating the program, did not seem to be dedicated enough to the success of the program to work through the compromises necessary to work effectively with his colleagues.

## SECTION III: SCHOLARSHIP AND PROFESSIONAL DEVELOPMENT

1. **List publications and conference presentations documenting your research; grant or academic fundraising activities (applications, awards, maintenance); and/or creative activities since the last self-study and indicate how these activities have enhanced your teaching and other work at RWU.**
Dr. Moskowitz lists his publications and conference presentations since his last self-study, which was in 2004-5. He made one presentation: "The Differential Effects of Values and Affect on Support for Gay Rights Policies – a paper presented at the Annual Meeting of the Southern Political Science Association in New Orleans in January of 2005.

He also lists another presentation: Perceptions of Responsibility for Public Assistance, also to be presented at the Annual Meeting of the Southern Political Science Association in Atlanta in January of 2006.

Finally, he discusses a presentation that he is co-authoring with Dr. Speakman and Charles Garabedian (student) on Professors as Practicing Politicians: Impact on Student Perceptions and Pedagogy, to be delivered to the American Political Science Association's Teaching and Learning Conference in Washington in February 2006.

The FRC Committee states that Dr. Moskowitz "counts the creation of the Master's of Public Administration a major contribution in the area of Professional and/or Creative Activities that consumed much of the time he would have normally allocated for research and writing. Additionally, he suggests that his time as acting administrator of the Political Science Department served as a major distraction from his chosen area of research." The FRC Committee did not accept that explanation for the lack of research, commenting that Dr. Moskowitz has "consistently taught overloads for his department" and that he "needs to become more active in the scholarship of his discipline."

Neither Dr. Moskowitz nor the FRC committee has engaged in any discussion of external validation of the presentations or the research agenda. There is no evidence of the acceptance ratio for papers submitted to the conferences and there is no external validation through comments by external peers.

Several other factors regarding scholarship need to be pointed out. First, Dr. Moskowitz did not, in fact, make presentations or conduct research in his discipline <u>before</u> he became Program Coordinator for his department. This lack of publications/research has been noted in every one of his evaluations since his first year at RWU. Secondly, in the year following his period as Coordinator, he was granted a 3-3 load and urged to do reduced teaching during the summer by the Provost with the specific intention of affording Dr. Moskowitz some time to re-connect to his disciplinary research. It does not appear that the course releases resulted in adequate production of scholarship.

2. **Describe other professional development activities undertaken since the last self- study and indicate how those activities have enhanced your teaching and other work at RWU.**

In this section, Dr. Moskowitz discusses the submission of two articles for review. These articles had been rejected for publication before he came to RWU and were revised and re-submitted. One article has been rejected and the second is currently under review. He intends to continue to submit these articles for publication. Since Dr. Moskowitz came to RWU six years ago, this does not seem to be a productive method of establishing a scholarly agenda.

3. **Provide a statement of your research interests and agenda.**
Dr. Moskowitz lists his research interests as the area of citizen politics, including political psychology and decision-making, racial politics, media effects, identity politics and interest group activism.

He states that he has been solicited by book representatives about writing a political psychology text and is considering a book on political psychology. It should be noted that there is no documentation of any planning for these texts.

## SECTION IV: SERVICE TO THE UNIVERSITY AND COMMUNITY

**Other than program development discussed above, describe your service to**

a. **your department/program**
b. **your school/college**
c. **the University**
d. **the community**

In this section, Dr. Moskowitz discusses his work as Department Coordinator and his participation in other departmental activities, such as serving on search committees, and participation in FCAS activities, such as accepted student days.

He lists University service as the moderator for the Young Democrat /Young Republican Debate, and a Socrates Café. He did serve as the advisor for a campus billiards club that was discontinued, and has been the faculty advisor for the campus "Squirrel Viewing Entente Club" since 2004.

Dr. Moskowitz lists a series of activities in the Barrington Public Schools.

The FRC committee recognizes those services, but comments that "there is a weakness in his participation/service in activities such as university standing committees."

## SECTION V: GOALS

1. **List the professional goals you set out in the last self-study.**
2. **Describe the extent to which you have met those goals.**
Dr. Moskowitz has provided the list from his last self-study. I will paraphrase. My comments are in italics.
    1. Teaching: continue to offer courses at the same high quality.
    *Dr. Moskowitz believes he has met this goal.*
    2. Advising: continue to offer student both academic and non-academic advice. Create a revised "checklist" for majors and a dedicated webpage for political science advisees.

*While Dr. Moskowitz continues to advise, he does not speak about the checklist and believes that MyRWU and Campus Cruiser have eliminated the need for the dedicated webpage.*

3. Expand the political science course offerings to include Political Attitudes and Behavior and Film and Politics. Launch the MPA program and hire a full-time new faculty member.
   *The new political science courses have not been formally proposed. The MPA program has been successfully launched, but the program has not been able to make a hire, despite several attempts.*
4. Complete data input and preliminary analysis for a study on public support for "domestic partner benefits." Explore an NSF grant to support prior research on interest groups.
   *Dr. Moskowitz presented research on this topic in the paper to the Southern Political Science Association in January 2005, mentioned above. He does not mention any results on seeking an NSF grant, but states that there is more data from the original study to code.*

3. **Describe how you have met the recommendations/concerns outlined by the Dean and Chief Academic Officer in your last comprehensive review.**
   My recommendations from Dr. Moskowitz's last review centered on strengthening his scholarly activity. Dr. Moskowitz's efforts in that area have already been discussed.

4. **Describe your short- and long-term professional goals for the future.**
   Dr. Moskowitz lists: (I, again, will paraphrase)
   1. Teaching: continue to offer the courses he has been offering at the same high quality and offer an experiential learning course at Metro Apex during winter 2007.
   2. Continue to offer students both academic and non-academic advice.
   3. Expand the political science course offerings to include a series of courses.
   4. Continue to present papers at national and regional political science meetings.
   5. Turn conference papers into published articles in peer-reviewed journals.
   6. Contract to write a textbook on research methods and a second on political psychology.
   7. Outreach to local high schools to act as a resource for social studies teachers needing occasional class lectures or demonstrations for American politics topics.

   Comments:

   I am not aware of any activity regarding the introduction of new political science courses, although some of the topics have been taught under the Special Topics designation.

   It appears that the "pure" research goal from the last self-study has been replaced with conference papers to be converted into journal articles.

The inclusion of plans to work on two textbooks – with no indication of whether that goal is short- or long-term -- seems overly optimistic to me.

## SECTION VI: SUPPORTING MATERIAL

1. **Provide a copy of the syllabus of each course being considered.**
2. **Provide copies of relevant materials that you prepared for use in your courses (representative samples of assignments, examinations, etc.).**
3. **Provide a current copy of your curriculum vita.**
4. **Provide copies of research material, professional publications, grant material, or documentation of creative activities produced since your last evaluation. Include evidence of peer review.**
5. **Provide copies of data summaries of student course surveys for courses taught during the last year.**
6. **Provide copies of the comprehensive reviews by the Dean and Chief Academic Officer:**
   **(For Probationary and Tenure submissions: the entire probationary period. For Post Tenure and Promotion submissions: the most recent review.)**
7. **Include any other materials that support your self-study**

Dr. Moskowitz has provided all of the materials requested above.

## CONCLUSION AND RECOMMENDATION BY THE DEAN:

The FRC Committee's report concludes that Dr. Moskowitz is a valuable member of the Political Science Program and unanimously recommends that he be awarded tenure because of his work in teaching, program development, service to the department, and advising activities.

They unanimously recommend against promotion for the following reasons:

Dr. Moskowitz's profile is low on service to the University.
Dr. Moskowitz's scholarship is one of his weakest areas.
Dr. Moskowitz needs to be more aware that some of his actions may be misinterpreted by people who are not cognizant of his style.

The FRC therefore recommends that he engage in more University service, redouble his efforts in scholarship and be more concerned about the possible interpretation of his behavior.

The rationale that the FRC used in their negative vote for promotion also applies to Dr. Moskowitz's application for tenure. Considering the areas of teaching, advising, program development, scholarship and service, Dr. Moskowitz is a dedicated but idiosyncratic instructor, who is engenders very positive or very negative reactions from his students.

His advising contributions are very good. In the area of program development, Dr. Moskowitz had an extremely productive period while he was department coordinator, but did not reach this level before that period or after it, and has distanced himself from his important creation – the MPA program. The FRC describes his scholarship as one of his weakest areas and states that his profile is low on service.

The comment the Dr. Moskowitz needs to be more aware that some of his actions may be misinterpreted by people who are not cognizant of his style extends beyond the classroom. Dr. Moskowitz has a tendency to make controversial statements in the social science pod and the hallways. On several occasions, faculty members who heard these remarks were offended. This is not collegial behavior, and I have spoken to Dr. Moskowitz about it.

All efforts to impress on Dr. Moskowitz that research was an essential part of a faculty member's responsibilities seem to be ineffective. Listing the rejections of research articles sent for publication seems to me to indicate that Prof. Moskowitz believes that the act of submitting these journal articles is enough to indicate an active research program – but the lack of acceptance of the articles belies external validation of the research. Research should not be just a condition of employment of a faculty member – it should be a fundamental part of an academician's professional life.

Weighing Dr. Moskowitz's contributions in all of the areas across his more than five years of service, I cannot recommend for tenure. I concur with the FRC with respect to promotion, and cannot recommend for it.

Having reviewed the appropriate documentation, I do not recommend either the award of tenure or the promotion to Associate Professor..

Ruth A. Koelle 3/1/06

**Ruth A. Koelle, Ed.D.**
**Dean, Feinstein College of Arts and Sciences**

I have received Dean Koelle's performance evaluation dated March 1, 2006

David Moskowitz

**David Moskowitz, Ph.D.**