Roger Williams University
Learning to Bridge the World

EXHIBIT D

Office of Academic Affairs

April 14, 2006

Dr. David Moskowitz
16 Beaver Road
Barrington, R.I. 02806

Dear Dr. Moskowitz

I have reviewed your tenure and promotion self study, the evaluation reports by both the Faculty Review Committee and your Dean, and your responses to both evaluations. This review is cumulative and serves as final evaluation for the award of tenure and promotion,

Dean Koelle outlines both strengths and serious concerns in your performance that taken as a whole result in her not recommending the awarding of tenure. Let me briefly summarize these issues below.

In the area of teaching you are considered a conscientious and dedicated faculty member whose student survey results are generally very positive, but there have also been consistent questions about your confrontational style of teaching which is misunderstood at times by some of your students. These concerns have also been pointed out by your faculty review committee.

In the area of advising, the Dean and Faculty Review Committee are both laudatory of your efforts both for working with your students and clarifying the system.

Your efforts in the curriculum development of the Master's Program in Public Administration have also won high praise. At the same time, however, the history of the controversy surrounding the development of the program and your subsequent disassociation with it tarnish your achievement. As the Dean points out, while there are a number of reasons for problems surrounding the program, your unwillingness to collaborate over issues of its implementation contributed to difficulties in its progress. As you put it in your response to the Faculty Review Committee's report: "when it was clear that compromising would affect the quality of the program I stepped down." It is

One Old Ferry Road
Bristol, RI 02809-2921
(401) 254-3058
Fax (401) 253-7768
www.rwu.edu

50TH 1956 2006 ANNIVERSARY

also clear in your responses to both the Faculty Review Committee's report and that of the Dean that you have a contentious relationship with your peers. While collegiality is not itself a criteria for reappointment and tenure, its absence does contribute, as you have noted, to polarization of issues in your professional work that is problematic as fairly evaluated.

In the area of service to the university and community, the Dean notes and generally praises your contributions but agrees with the Faculty Review Committee that "there is a weakness in his participation/service activities such as university standing committees."

In the area of scholarship there is a decided and consistent weakness in your record. While development of the MPA and your work as area coordinator were time-consuming, your scholarly record over your full probationary period is meager. While it may well be argued that these activities were too time consuming to permit scholarly work it should be noted, as did the Faculty Review Committee, that you have consistently taught course overloads and summer courses and this was true even during this period. You're scholarly endeavors in the years prior to and following your work on the MPA show no significant difference even though after stepping down as area coordinator, as the Dean points out, you were "granted a 3-3 load and urged to do reduced teaching during summer by the Provost" with the specific goal of re-engaging your research. This additional encouragement has not resulted in substantial results.

While we are only in the second year of the new contract, deficiencies in your scholarly endeavors were consistently pointed out to you over the course of your probationary years and thus should not be considered a surprising change in expectations. While scholarship is not the only criteria for tenure and promotion it is an essential responsibility of a faculty member and needs to be present in combination with the other areas of performance outlined in the contract.

In summary, I concur with the finding of the Dean that there are serious deficiencies in your performance. The Dean and the Faculty Review Committee agree on the denial of promotion but disagree on the award of tenure with the FRC in favor and the Dean against. In this I concur with the Dean's assessment that scholarship is an essential, although not the only criteria, for evaluation and that this deficiency has been noted early enough in your probationary period and should be fairly applied as one standard for performance. This is a difficult decision because, as the Dean notes, you are a dedicated teacher even while you are one who engenders a range of polarized reactions both in and out of the classroom. Your record of performance over the probationary period, however, does not indicate that sufficient change or improvement is to be expected. In such a case, the university should not commit to long term employment. Therefore, I formally notify you that you will not be reappointed to the faculty. Under the terms of the contract you have the option of working a terminal year (2006-2007) if you notify me of your intention to do so by June 1st.

Sincerely,

Jeffrey B. Martin
Interim Provost