EXHIBIT E

**Rand, Rebecca**

**From:** Martin, Jeffrey B
**Sent:** Friday, May 05, 2006 3:33 PM
**To:** Rand, Rebecca
**Subject:** FW: Grievance

**From:** Topf, Melvyn
**Sent:** Monday, April 17, 2006 1:59 PM
**To:** Martin, Jeffrey B
**Cc:** Moskowitz, David
**Subject:** Grievance

Jeffrey,

Prof. Moskowitz wishes to proceed to grievance on the matter of your decision regarding his non-reappointment.

I suggest, if you have no objection, that we waive "step 1" of the grievance procedure to save time, and proceed immediately to "step 2." If you don't object to this, let me know and I'll contact the President's office to set a time for a grievance hearing.

Mel

cc: Prof. Moskowitz