EXHIBIT F

**From:** Martin, Jeffrey B
**Sent:** Tuesday, May 09, 2006 5:38 PM
**To:** Moskowitz, David; Topf, Melvyn; Wright, Michael
**Subject:** Level one grievance

Dear Dr. Moskowitz

I want to thank you, RWUFA President Topf, and Michael Wright for meeting with Dean Koelle me last Monday and presenting your arguments for reversal of the negative tenure and promotion decision.

Unfortunately we disagree on some fundamental issues. Other matters aside, the principle issue is a lack of scholarly progress. We reject the idea that the work done on the MPA or as coordinator, while important, was so time consuming that no other work was plausible. Your undertaking of numerous overload, summer and intercession courses undercuts your argument that your work load made more scholarly effort impossible. We reject as well the contention that the obligation for scholarship only adheres to the duration of the semester. We further reject the argument that rejected articles have more value if they are rejected from publications with high standards. In our evaluation of your productivity and the assessment of your overall contribution we continue to agree with the details and analysis of your Faculty Review Committee and your Dean.

On this basis we reject the grievance.

Jeffrey Martin
Interim Provost