ROGER WILLIAMS UNIVERSITY INCORPORATED 1956

EXHIBIT H

ONE OLD FERRY ROAD
BRISTOL, RHODE ISLAND 02809-2921
401-254-3201 FAX 401-254-3158

ROY J. NIRSCHEL, Ph.D.
*President*

June 6, 2006

Professor David Moskowitz
16 Beaver Road
Barrington, RI 02806

*Re: Step 3 Grievance Answer*

Dear Professor Moskowitz:

On Thursday, May 18, 2006, your grievance of the University's determination not to grant you promotion or tenure was heard with Association President Mel Topf, past President James Tackach and University General Counsel Robert Avery present.

The principal argument raised on your behalf was repeated from earlier advocacy in the grievance process; that you did not receive adequate notice of insufficiencies in your progress toward tenure until this final review leading to tenure denial. Your grievance labels this a violation of "due process" by the University and therefore an arbitrary and/or capricious decision in violation of the standard for retention of faculty as set out by the governing collective agreement.

I have reviewed your tenure track history, specifically including those evaluations you contend do not provide sufficient notice of the need to focus and deliver a record of accomplishment in scholarly and professional development. While these evaluations alone are neither dispositive of whether or not there was adequate notice of expectations nor dispositive of whether the decision to deny tenure was arbitrary or capricious, they are the focal point of your presentation of your grievance.

In your first annual evaluation, there was a brief reference to no scholarly activity. In your second annual evaluation, following commendation of your efforts in teaching, it was explicitly noted, *"...it cannot be done at the expense of other necessary components of the responsibility of a faculty member at RWU."* Further, it was stated, *"Progress in professional development is necessary. Professor Moskowitz is strongly advised to divert some of his energy to that end."* Later, it was noted following discussion of teaching, *"...it cannot be used to replace progress in either professional development or work in community service... I hope he will heed my advice to apply himself in the areas mentioned above. The University will ultimately support well-rounded faculty members who can show adequate progress in all areas."*

In your third annual evaluation, the Dean wrote *"I am concerned about the sparseness of other parts of his self-study, and repeat my observation of last year, that the University will ultimately support well-rounded faculty members who can show adequate progress in all areas."*

In the fourth annual evaluation of your progress toward tenure, it was noted *"In the two year period remaining before the tenure decision, he should examine all of the requirements listed in the contract."* It was also noted that *"Professor Moskowitz had been working on an article for publication."*

While written annual evaluations alone are not at all dispositive of whether the University's decision concerning tenure denial was arbitrary or capricious, there were written, express statements, on the record, of concern and directed notice for you to focus on scholarly and professional development during the probationary period of your appointment. There was no process violation. The record is, however, more revealing than the evaluations alone. In the summer of 2004, you were specifically advised by then Provost Edward Kavanagh to focus and deliver in the area of scholarship and professional development. In fact, more than one course release was granted specifically for this purpose. There is no record or even a suggestion that you sought direction and/or counsel on expectations of scholarship and professional development and there is no report of scholarly achievement during your tenure track. The record shows that you chose to teach overloads, winter intercession and summers. The choices you made, in the face of advice to the contrary, and in the face of a governing collective agreement have lead the Dean and Interim Provost to recommend denial of tenure. Nothing in the body of evidence provided me indicates that this decision is either arbitrary or capricious.

Respectfully, your grievance is denied.

Sincerely,

Roy J. Nirschel, PhD
President

Cc: J. Martin
R. Koelle
R. Avery, Esq.
M. Topf
J. Tackach
J. DeCubellis, Esq.