# American Arbitration Association

## Voluntary Labor Arbitration Rules

To institute proceedings, please send three copies of this demand and the arbitration agreement, with the filing fee as provided in the rules, to the AAA. Send the original demand to the respondent.

## DEMAND FOR ARBITRATION

Date: June 9, 2006

TO: Name: Roger Williams University
Address: c/o Robert Avery, Esq.
Old Ferry Road
City and State: Bristol, RI ZIP Code: 02809
Telephone: Fax:

Name of Representative:

Representative's Address:
City and State: ZIP Code:
Telephone: Fax: ( )

The named claimant, a party to an arbitration agreement contained in a written contract, dated, 7/1/2004-6/30/2008 providing for arbitration under the Voluntary Labor Arbitration Rules, hereby demands arbitration thereunder. (Attach the arbitration clause or quote it hereunder.) (see enclosures)

**THE NAME OF THE GRIEVANT:** David Moskowitz

**NATURE OF DISPUTE:** The denial of tenure to the grievant is arbitrary and capricious and in violation of specifically, but not exclusively, Articles VIII and IX of the contract.

**CLAIM OR RELIEF SOUGHT:** Award tenure consistent with the contract

**HEARING LOCALE REQUESTED:** NEARI, 99 Bald Hill Road, Cranston, RI 02920

You are hereby notified that copies of our arbitration agreement and of this demand are being filed with the American Arbitration at its Boston office, with the request that it commence the administration of the arbitration. Under the rules, you may file an answering statement after notice from the administrator.

Signed: [signature] Title: NEARI General Counsel
John DeCubellis, Esq

Name of Claimant: RWUFA/NEARI
Address: 99 Bald Hill Road
City and State:
Telephone:
Name of Representative: John DeCubellis, Esq.
Representative's Address: 99 Bald Hill Road
City and State: Cranston, RI ZIP Code: 02920
Telephone: 401-463-9630 Fax: 401-463-5337