ONE OLD FERRY ROAD
BRISTOL, RHODE ISLAND 02809-2921
401-254-3201 FAX 401-254-3158

ROY J. NIRSCHEL, Ph.D.
*President*

April 11, 2006

Professor Peter Alfieri
325 Runstick Road
Barrington, RI 02806

Dear Professor Alfieri:

Recently Professor Mel Topf, on behalf of the Executive Committee of the Faculty Union, wrote each of you (and forwarded to me a copy) regarding the issue of "Promotion, Tenure and Publishing." I appreciate his communication and as President, feel it is important to respond.

First, I am grateful that Professor Topf noted our and my commitment to excellence in undergraduate teaching. As emphasized in our allocation of resources, the impending creation of a Center for Teaching and Advising and the hiring of new faculty, Roger Williams University is primarily an undergraduate teaching institution. **No one should receive promotion or tenure without effectiveness in teaching.**

With that said, many of our best teachers also attend conferences where they are participants on panels or presenters. Still, others are authoring a book, contributing a chapter in another or collaborating on substantive research—often with our very own undergraduates. In fact, faculty-student research, like service, a global perspective and love of learning, is an important Roger Williams University value embraced by the vast majority of the faculty.

None of these values is mutually exclusive. Good teaching, as all of you know far better than I, is often informed by research, scholarship, student-faculty engagement and a host of other academic activities.

The contract is broad in its definition of scholarship and professional activities, but this comment merits expansion. Scholarship and research, by definition, are broad because we are "broad" as a university. The expectations and venues for scholar/teachers in political science, psychology and the natural sciences are understandably different from those in art, dance and theater, for example, as they are for finance, marketing or management.

Clearly we are in a new and exciting era as a university, with record applications, enhanced reputation and strengthened academic quality. Nearly one-third of the faculty has been hired in the past five years, joining a cadre of dedicated and engaged professors. Progress is often accompanied by concerns and every academic

administrator should be sensitive to that while upholding our commitment to excellence. I appreciate how some may be upset when a friend is denied tenure or a colleague's promotion deferred. It is my job and that of the Chief Academic Officer to ensure that such decisions are not made in a capricious or arbitrary manner and reflect the thoughtful interpretation of the contract and normative practices in higher education.

The current contract enhances further our generous compensation package, reduces teaching loads, and invests more resources in technology, travel, course releases and support for teaching and research.

Today, moving from the status of assistant professor to associate, and associate professor to full, requires different standards of achievement from those of the past. Moreover, such promotions have attendant and significant financial remuneration. Understandably, and as an integral part of the negotiations, the expectations are higher.

Professor Topf asserts that "tenure is an entitlement." As we know, tenure is earned through a thoughtful and rigorous process with communication and expectations throughout. In the past, promotion at Roger Williams University was sometimes awarded as a longevity award and tenure granted through a union negotiation. Such practices are highly unusual in private higher education.

Today there is increased faculty engagement through the faculty review committees, those closest to the work of their colleagues and peers. Those committee recommendations are forwarded to the respective dean. The faculty member under consideration then has another opportunity to vet his or her case. The dean then makes a recommendation to the Provost. The Provost then has until May 20th to render his recommendation to the President, and the President then has until June 30th to overrule or endorse this recommendation. Therefore, as of today, no one has been awarded or denied tenure or promotion. And, as Professor Topf noted, there is the right of faculty who feel aggrieved to exercise his/her grievance option.

In fact, let me share with you the preliminary recommendations thus far, understanding that it does not constitute a final decision. One hundred percent of non-tenured, probationary faculty was recommended for reappointment. Of the 13 faculty who have applied for tenure, 12 have been recommended. This represents 93 percent of the candidates. Of 23 post-tenure reviews, there was only one negative review and that was initiated by a negative review by the Faculty Review Committee. With regard to voluntary requests for promotion, of those 13 who applied, six were awarded with the others deferred without penalty.

Regarding merit awards, over the past two years there have been 89 merit awards based overwhelmingly on faculty recommendation.

I have followed some of the dialogue between and among faculty members regarding the respective roles of teaching, scholarship, research and service in various forms and forums. I do not believe such values are mutually exclusive. As a university, we encourage civil discourse by students. I believe that faculty discourse—civil, reasonable and respectful—is also the hallmark of a maturing and vibrant institution.

Sincerely,

Roy J. Nirschel PhD

Roy J. Nirschel, Ph.D.
President