Roger Williams University
Learning to Bridge the World

EXHIBIT K

Office of Academic Affairs

To: James Tackach, President, RWU Faculty Association

From: Edward J. Kavanagh, Provost and Senior Vice President

Date: April 21, 2005

Re: Grievance in Promotion and Tenure As Well As Reappointment Cases

---

Let me formally confirm as you have requested, the position of the University with respect to hearing grievances in promotion and/or tenure cases as well as reappointment cases.

We view these cases ripe for grievance and timely for 30 days after a formal decision has been made. In the case of reappointment the final decision is the letter of the Chief Academic Officer regarding reappointment. In promotion and/or tenure cases the final decision rests with the Board of Trustees. If a grievance is submitted prior to a final decision, the University will decline to hear the grievance until after a final decision is made unless the grievance "articulates" an action that prior to final decision is a cognizable violation, misinterpretation, or misapplication of a term of the Agreement upon which relief afforded by the collective agreement may be granted.

Let me also confirm for you that when a grievance is heard the entire written record will be subject to review in the grievance process.

Thank you for your attention to this matter.

cc: Robert Avery

HR verification

One Old Ferry Road
Bristol, RI 02809-2921
(401) 254-3058
Fax (401) 253-7768