1. Frequency of Comprehensive Evaluations

a. Visiting Appointments

Visiting faculty members who are appointed to a second one-year term will undergo a comprehensive review unless they indicate in writing that they do not wish to be considered for a third one-year appointment. Nothing herein changes the basic nature of a visiting appointment.

b. Reappointment of Probationary Faculty Members

Comprehensive evaluation of probationary faculty members will be conducted consistent with the following chart:

Time to Tenure

| Years | Evaluations |
|---|---|
| 6 | 2-4-6 * |
| 5 | 2-4-5 * |
| 4 | 2-4 * |
| 3 | 2-3 * |
| * Tenure Decision | |

An important purpose of the first comprehensive evaluation is to clearly indicate the accomplishments and performance expectations that must be met for the award of tenure. The review immediately preceding the final probationary review should indicate any weakness or unmet expectations that could serve as an impediment to achieving tenure. The final probationary review serves as the final cumulative evaluation for the award of tenure. Notwithstanding the comprehensive evaluation program cycle, probationary faculty members in their progress toward tenure are subject to performance review and to nonreappointment as set out in Article VIII A.3.

c. Tenured Faculty Members

After the faculty member has received tenure, a comprehensive evaluation will be conducted every fifth year or in the fifth year after a promotion, whichever is later.

d. Re-evaluation of Tenured Faculty Members

If the evaluation of a tenured MBU is considered negative by RWU, the faculty member shall be re-evaluated in the fall semester of the second year following the year of the negative evaluation. In all cases where RWU considers the initial evaluation to be negative, the Chief

Academic Officer shall notify him or her by May 30. In the event of a negative evaluation, the faculty member will be given recommendations, in writing, corresponding to the specific areas in which improvement is necessary. By October 1 of the fall semester of the second year following the year of the negative evaluation, the faculty member must submit his/her self-study report in the form required by Article VII.B.3.a to his/her respective dean. The reevaluation will be comprehensive. RWU may also address, outside the reevaluation process, performance concerns, if any, which arise subsequent to the initial evaluation. The respective dean shall review the faculty member's submission and prepare a report which will be forwarded to the faculty member and the Chief Academic Officer by November 1. By November 10, the faculty member may prepare his/her written response to the dean's report and forward same to the Chief Academic Officer. The Chief Academic Officer will have until December 1 to notify the faculty member of the results of the comprehensive reevaluation. If the comprehensive reevaluation results in a negative conclusion, then the faculty member may be terminated for performance evaluation as described in Article IX.B.

e. Request for Comprehensive Evaluation for Promotion

Eligible, full-time faculty members shall be considered for promotion by submitting a written request for promotion to the appropriate dean by September 15 of the academic year in which they wish to be considered. To be eligible for consideration, the faculty member must submit to a comprehensive evaluation as outlined in this Article and provide all the documentation required by the stated deadlines or forfeit the opportunity for consideration again until the following year. The applicant's request for promotion and comprehensive evaluation must address the specific criteria for promotion as outlined in Article VIII.C.

f. Faculty on Leave During the Year of Scheduled Evaluation

A tenured faculty member who is scheduled for a comprehensive evaluation may delay their evaluation until the next academic year if they are on leave for a period greater than thirty-five (35) consecutive week days (in which the university has scheduled classes or final exams) during their evaluation year or the spring semester prior to their evaluation year. To exercise the option to delay the evaluation, the faculty member must communicate their decision to their dean, in writing on or before the due date for the submission of their self-study of the scheduled evaluation. Only one such delay may be granted. Only the Chief Academic Officer may approve a requested delay for a tenured faculty member being evaluated under the conditions of Article VIII B.1.d.

A probationary faculty member who takes a leave of more than one semester during the probationary period shall have his/her tenure decision delayed one year. For each additional leave of more than one

semester taken during the probationary period, the tenure decision will be delayed one additional year.

A probationary faculty member who takes a leave of one semester or less (but more than thirty-five (35) consecutive week days during which the University has scheduled classes or final exams) since their initial appointment or last comprehensive evaluation, whichever is most recent, has the choice to be evaluated on schedule (2nd, 4th, or 6th year evaluation) or to delay their evaluation one year and therefore extend their probationary period one year. To exercise the option to delay the evaluation the faculty member must communicate their decision to their dean in writing on or before the due date for the submission of their self-study of the scheduled evaluation. Such leaves may not be given solely for the purpose of extending the probationary period.

2. Evaluation Criteria and the Comprehensive Self-Study

Assessment of the general abilities of individual faculty members shall be in relation to his or her specific discipline, program, or duties, and to the needs and interests of RWU. This process may involve classroom visitation and is not limited to consultation with faculty members of the program, college or school, with students in his or her courses, and with any other pertinent individual possessing knowledge of his or her performance. The faculty member, other faculty members in the academic unit, current and/or former students, external peers recognized as experts in the discipline, the dean and Chief Academic Officer may be consulted for input during the evaluation process.

Documented excellence in teaching is the primary criterion for awarding reappointment, promotion and tenure. Scholarship as needed to inform teaching, meet accreditation requirements or advance one's discipline is also an important criterion. RWU recognizes the multiple forms of scholarship as articulated by Ernest Boyer in *Scholarship Reconsidered: Priorities for the Professoriate* and by Charles Glassick et al. in *Scholarship Assessed: An Evaluation of the Professoriate*. Other criteria also enter into the evaluation process. These may include, but are not limited to, academic advisement, program development, and institutional and/or community service directly related to the Mission of the University.

Roger Williams University is a student-centered teaching institution. Accordingly, the primary responsibility of faculty is teaching and the primary evaluation requirement is effectiveness in teaching. While all faculty are expected to maintain a program of professional development, and scholarly and creative activities (especially as they inform and enrich teaching), a publish or perish atmosphere is not intended. Therefore, the current evaluative criteria on scholarship, professional and/or creative activities, as set forth herein may be satisfied

in a variety of ways for purposes of reappointment, promotion, tenure or post-tenure review.

Further, RWU endorses a broad view of faculty scholarship. Evidence of scholarship includes, but is not limited to, books, articles in scholarly journals, articles in periodicals for general audiences, reviews, conference presentations, speaking engagements, media commentary, artistic exhibitions, recitals, theatrical performances, musical compositions, professional workshops and training sessions, grantsmanship, and professional consulting and commissions. External expert validation of the scholarly merit of these various activities is required.

It is recognized that all the evaluation criteria set forth below do not apply to all faculty members because of the non-traditional nature of their assignments as faculty. It is also recognized that individual, specific criteria differ in importance within schools and departments due to accreditation requirements and the strategic initiatives of the University. The degree and quality of participation will determine the overall contribution a faculty member has made to students, their department, their school/college and the University.

To prepare for a comprehensive evaluation a faculty member must prepare a Comprehensive Self-Study that addresses the faculty member's effectiveness in the following four categories:

1) teaching;
2) academic advising and program development;
3) scholarly, professional and/or creative activities; and
4) institutional and/or community service.

The self-study should be submitted to their respective dean by October 1st of the year of a scheduled comprehensive review, or as soon as possible but no later than November 15th for the 2004-2005 academic year. Specific guidelines for the content of the self- study are found in Appendix G.

Evaluation criteria are described in detail below.

a. Visiting and Adjunct Faculty Members

Faculty members holding visiting appointments are evaluated in a manner appropriate to assess the teaching, scholarly and/or development expectations of their individual appointments. Adjunct faculty will be evaluated only on the criteria applicable to effectiveness in teaching. The appropriate dean may, but is not required to, prepare a written report of his/her evaluation of adjunct faculty.

b. Probationary and Tenured Teaching Faculty

The following criteria may be considered for decisions regarding performance assessment of probationary and tenured teaching appointees. Faculty members are, however, expected to take part in as many activities as mentioned below as appropriate. These activities illustrate the wide range of areas from which faculty demonstrates qualifications for reappointment, promotion, or tenure. It is recognized that not all of the following items apply to all faculty being evaluated. Other relevant criteria may be added as appropriate.

With respect to tenured faculty members, the appropriate dean and the faculty member shall meet and discuss the criteria which will be utilized during the evaluative process in the academic year preceding the evaluation year. With respect to probationary faculty members, at the beginning of their first year the appropriate dean and the probationary faculty member shall meet and discuss the criteria which will be utilized during the cumulative evaluative process. If changes occur in these criteria, the appropriate dean will notify the probationary faculty member. The results of any meeting under this paragraph shall be reduced to writing and provided to the faculty member within fifteen (15) working days.

Effectiveness in Teaching

1) Current knowledge of subject matter and the ability to organize and present it effectively.

2) Coherent syllabi stating course objectives; evidence that objectives are communicated to students, and that course content and assignments are designed to accomplish course objectives.

3) Effective assessment of classroom teaching and learning and clear academic standards.

4) Ability to stimulate the interest of students, evoke their responses, and involve them in the learning process.

5) Continuing development and updating of instructional materials and teaching methods.

6) Effective classroom presentation.

Effectiveness in Academic Advising and Program Development

1) Responsible and well-informed advisement of

assigned advisees, particularly with respect to timely completion of graduation requirements and selection and achievement of educational goals.

2) Contributions to curriculum planning and assessment, whether disciplinary or interdisciplinary, departmental or institutional.

3) Development and delivery of workshops and conferences related to the discipline and other educational programs.

Effectiveness in Scholarship, Professional and Creative Activities

1) Ongoing professional development, such as attendance at conferences; pursuing scholarly, professional literature; advanced study; etc.

2) Research and/or advanced study related to the discipline(s) taught.

3) Publications related to the discipline(s) taught.

4) Other research, study, or publications.

5) Participation in performances, exhibitions, and similar activities, especially as they relate to the teaching discipline(s).

6) Professional consulting, especially as it relates to the discipline(s) taught.

7) Delivery of and participation in workshops, lectures, professional panel presentations, colloquium conferences, etc.

8) Other professional activities.

Effectiveness in Institutional and Community Service

1) Service on departmental, college/school, or University committees.

2) Participation in program review and assessment and development of curricula.

3) Development and delivery of recruitment activities specific to increasing the quality and number of

students in the evaluee's academic program, college, or school.

4) Developing and maintaining productive relationships with students and colleagues.

5) Participation in activities that provide a useful service to members of the community.

6) Grantsmanship.

7) Recognition such as awards, grants, honors, etc.

8) Professional service off-campus that is directly related to the Mission of the University.

c. Probationary and Tenured Librarians and Psychological Counselors

The following criteria may be considered for decisions regarding performance assessment of probationary and tenured librarians and psychological counselors. Librarians and psychological counselors are, however, expected to take part in as many activities mentioned below as appropriate. These activities illustrate the wide range of areas from which librarians and psychological counselors demonstrate qualifications for reappointment, promotion, or tenure. It is recognized that not all of the following items apply to all librarians and psychological counselors being evaluated. Other relevant criteria may be added as appropriate.

With respect to tenured librarians and psychological counselors, the appropriate dean and the librarian or psychological counselor shall meet and discuss the criteria which will be utilized during the evaluative process in the academic year preceding the evaluation year. With respect to probationary librarians and psychological counselors, at the beginning of their first year the appropriate dean and the probationary librarian or psychological counselor shall meet and discuss the criteria which will be utilized during the evaluative process. If changes occur in these criteria, the appropriate dean will notify the probationary librarian or psychological counselor. The results of any meetings under this paragraph shall be reduced to writing and provided to the librarian or psychological counselor within fifteen (15) working days.

Professional Competence and Program Development

1) Current knowledge of librarianship or psychological counseling.

2) The ability to work with students, faculty and other staff to provide the services of the University's libraries or Counseling Center.

3) Continued assessment, development and refinement of major areas of responsibility.

4) Current knowledge and competency in existing and developing appropriate technologies.

5) Effective professional performance.

6) Effective communication and interaction with colleagues in order to meet the library's or Counseling Center's objectives.

Effectiveness in Scholarly, Professional and/or Creative Activities

1) Maintaining continued professional development.

2) Engaging in research, or advanced study.

3) Publishing books. articles, reviews, or critiques.

4) Conducting workshops, consulting professionally, or professionally-related lecturing off-campus.

Effectiveness in Institutional and/or Community Service

1) Service on departmental or University committees and participation in major curriculum changes, assessment or recruiting.

2) Maintaining positive relationships with colleagues and students.

3) Engaging in useful services to members of the community.

4) Receiving awards, grants, honors or other recognition of service work.

5) Performing off-campus, professionally-related service work.

3. Procedures, Peer Review and Timelines

a. Self-study Report

As noted under Article VIII.B.2, faculty members are required to submit to their respective dean a self-study by October 1st of the year of a scheduled comprehensive review, or as soon as possible but no later than November 15th for the 2004-2005 academic year.

b. Student Course Surveys

RWU may conduct student course surveys each semester for all sections of all courses, laboratories and studios taught on all campuses and in all programs. Copies of student course surveys obtained for all courses, laboratories and studios taught may be utilized to evaluate visiting, adjunct, probationary and tenured faculty members. Normally, student course surveys shall be completed no later than December 1 during the fall semester and April 15 during the spring semester. The results of student course surveys conducted in a faculty member's classes shall be communicated, in writing or in original form, to the faculty member no later than four weeks after the submission of final grades for the semester in which the surveys were conducted. RWU acknowledges that it considers the Student Course Surveys to be only one source of information about the faculty member's performance among many other sources.

c. Classroom Observations by Observing Dean or Chairperson

The appropriate dean, assistant dean, associate dean, or department chair shall notify the faculty member of the dates and times for classroom visits. The faculty member may advise the chair or dean of any reason the classroom visits should not take place on such a date and time, which that observer shall consider. Since the purpose of a chair/dean's classroom visits is to observe and evaluate the faculty member's performance, the observer will position himself or herself as unobtrusively as possible and will not ordinarily participate in classroom activities unless invited to do so by the faculty member. Within ten (10) working days after the classroom visit, the observing chair/dean shall present a written summary of his or her evaluation of the class session, to which the faculty member may respond in writing within ten (10) working days of receipt and may arrange with the observing chair/dean for a second classroom visitation. Normally, the chair/dean's visits shall not exceed one (1) visit per course, per semester, unless by mutual agreement.

d. Peer Review by School/College Faculty Review Committees

Each school/college of the University shall establish a Faculty Review Committee (FRC). The majority of its members shall come from the school or division, unless there are insufficient numbers of tenured faculty in the school or division to constitute a majority. In that case, additional members of a school or division FRC may be drawn from tenured faculty outside the school or division.

In schools other than the Feinstein College of Arts and Sciences the FRC will be made up of five members:

a) three tenured faculty members elected by the faculty of the school. Elections will be held by the end of the spring term preceding the academic year of service.

b) two tenured faculty members selected by the dean at the beginning of the academic year.

In the Feinstein College of Arts and Sciences each of the three divisions will convene its own FRC to be constituted as follows:

a) three tenured faculty members elected by the faculty of the division. Elections will be held by the end of the spring term preceding the academic year of service.

b) the chairs of the departments within the division.

For faculty librarians and counselors a "Combined Faculty FRC" will be formed and constituted as follows:

a) three tenured faculty members elected by the combined faculty, at least one of which must be a counselor.
b) two tenured faculty members jointly appointed by the Dean of Library Services and the Vice President for Student Affairs (or his/her designee).

To the greatest extent possible, faculty members should not serve on the FRC during years of their own evaluation for promotion or post tenure review. In the case of smaller schools where this may not be possible, faculty members to be evaluated for promotion or post tenure review may serve on the committee but may not participate in consideration or discussion of their own cases.

Members of each FRC will elect their own chair.

Each FRC shall review faculty self-studies, and allied materials and reports, submitted by the 6th year (or authorized equivalent) probationary faculty members (tenure decision), tenured faculty members (post-tenure review), and faculty members seeking promotion. (Self-Studies for 2nd year and 4th year probationary reviews shall be submitted directly to the dean.)

Upon completion of its review, the FRC shall forward a confidential report to the appropriate dean or, in the case of counselors, the Vice President for Student Affairs and the evaluee with its recommendation regarding each decision/action at hand. The FRC report shall include the tally of the vote regarding the committee's recommendations along with the justifications for the recommendations. Any FRC member(s) who disagree(s) with the majority recommendation may submit a minority report to the dean and the evaluee. Committee and minority reports must be submitted by December 15.

If the faculty member under review has any comments or concerns with the FRC's report they wish the dean to consider, they must submit them in writing to the dean by January 5.

If a department chair is scheduled for tenure, promotion or post-tenure evaluation, the dean will be responsible for conducting the review. The FRC for the chair will consist of three faculty or department chairs selected by the dean and two faculty members appointed by the dean that have already been elected to other FRCs.

e. Dean's Evaluation Report and Recommendation

In each case the respective dean shall review all the material available, all reports from the school's FRC and prepare a Dean's Evaluation Report. The report may vary in form and will address the faculty member's effectiveness in the four categories of evaluation and give the dean's recommendation regarding reappointment, tenure or promotion. Evaluation reports will be completed and communicated to the evaluee by March 1 both for probationary full-time faculty members and for eligible full-time faculty members requesting promotion. Deans' post-tenure evaluation reports in the cases of full-time faculty members with tenure (except in the case of a comprehensive reevaluation of a faculty member with tenure as provided in Article VIII.B.1.d) will be completed by April 15.

The evaluee shall have the opportunity to respond in writing to the dean's evaluation report within ten (10) work days. The dean's report, together with materials provided by the evaluee, the FRC report and the evaluee's response to the dean's evaluation report (if any), shall be forwarded to the Chief Academic Officer by March 15, in the cases of probationary full-time faculty members and promotion requests and by May 1, in the case of full-time MBUs with tenure.

f. Determination of the Chief Academic Officer

The Chief Academic Officer, by May 20, shall furnish an

independent written report to full-time faculty members of his/her determination in matters of reappointment, tenure or promotion. A determination by the Chief Academic Officer to re-evaluate a tenured faculty member pursuant to Article VIII.B.1.d shall be communicated to the faculty member in writing by May 30.

g. In the event of an emergency, evaluation time lines set forth herein regarding completion and communication of evaluation reports to evaluees may be extended with the consent of the RWUFA which shall not be unreasonably withheld.

h. Nothing herein shall prevent the President and/or Chief Academic Officer from visiting a class at any time.

i. Chief Executive Officer and Board of Trustees Determination

It is understood that the Chief Executive Officer (President) and, when applicable, the Board of Trustees, have the authority to make all final decisions with respect to promotion and tenure. Final promotion and tenure decisions are made by the President and the Board considering: (1) the criteria in this Agreement; (2) the recommendations of deans and the Chief Academic Officer; (3) the evaluative background of the candidate; and (4) the specifically identified interests of the University. Decisions regarding tenure and/or promotion will be communicated to such faculty members, in writing, by June 30. Because tenure can only be awarded upon the affirmative act of the Chief Executive Officer and the Board of Trustees, tenure cannot be awarded by default or omission of any action by or on behalf of RWU. The effective date of all promotions shall be the beginning of the Fall semester after the end of the academic year in which the consideration for the promotion was made.

A full-time faculty member who is not awarded tenure within the probationary period will be terminated from employment. As noted above the decision to deny tenure will be communicated by the Chief Executive Officer to such faculty members, in writing, in the final probationary year. Faculty members so notified may elect to work a terminal year, subject to Article IX. RWU may unilaterally grant tenure to a faculty member in the terminal year, which would otherwise be terminated, and such decision may not be grieved and/or arbitrated.

Individuals refused tenure may utilize the grievance procedure if they believe their contractual rights to be violated.

j. Exceptional Appointments and Awards of Promotion and/or Tenure

Nothing in this Agreement should be construed to prohibit the appointment or promotion by the Chief Executive Officer of an individual of exceptional talent or accomplishment who does not meet all stated criteria or procedural requirements. In considering candidates for exceptional appointment, promotion or award of tenure, the Chief Executive Officer of the University shall consider facts including, but not limited to: (a) evidence of the ability of the candidate to render a unique academic contribution to the University; or (b) evidence of a candidate's extraordinary competence in the area of his or her discipline.

k. Relationship between Reappointment, Promotion and Tenure

Reappointment as a probationary full-time faculty member demonstrates that he or she is performing sufficiently, as determined by the Chief Academic Officer, for continued employment as of the date of the evaluation. However, such reappointment is not a guarantee of continued employment, reappointment, promotion and/or tenure. Evaluation for promotion and/or tenure is a cumulative process. The evaluation of a full-time faculty member for promotion and/or tenure determines whether he or she has demonstrated a level of performance in the four (4) categories of evaluation described above warranting promotion and/or tenure. Promotion and/or tenure decisions are made by the officer of the University designated in Article VIII herein considering: (1) the criteria in this Article; (2) the recommendations of deans and the Chief Academic Officer; (3) the evaluative background of the candidate; and (4) the specifically identified interests of the University. It is understood that the Chief Executive Officer and, when applicable, the Board of Trustees, have the authority to make all final decisions with respect to promotions and tenure.

l. Quotas for faculty under consideration for tenure will not be applied during the term of this Agreement.

C. Criteria for Eligibility for Promotion

1. Promotion from Assistant Professor to Associate Professor

An assistant professor is a probationary, full-time, faculty member who holds a terminal degree from a nationally or regionally accredited institution of higher education or internationally renowned institution of higher education or equivalent professional attainment and who, as determined by the Chief Academic Officer or designee, is qualified and

best meets the needs of the University.

An eligible assistant professor may ask to be considered for promotion to associate professor prior to the end of his or her probationary period or may simultaneously apply for both promotion and tenure in the final year of his or her probationary period and he or she:

a. has a terminal degree from a nationally or regionally accredited institution of higher education or internationally renowned institution of higher education in the academic or professional discipline to be taught or equivalent professional attainment showing marked ability or potential as a higher education teaching professional;

b. has three (3) years of experience as assistant professor at an accredited institution of higher education; and

c. has demonstrated superior performance in teaching and advising students, and has made distinctive contributions in professional and/or creative activity and institutional and /or community service that advances the mission of the University as documented in the individual's comprehensive evaluation, and merit program materials if submitted by the faculty member.

2. Promotion from Associate Professor to Professor

An associate professor is a full-time faculty member who holds a terminal degree from a nationally or regionally accredited institution of higher education or internationally renowned institution of higher education or equivalent professional attainment and who, as determined by the Chief Executive Officer of the University or his or her designee, is qualified and best meets the needs of the University. If an associate professor does not already hold a tenured appointment, then he or she cannot apply for promotion to professor unless he or she simultaneously submits an application for tenure in the final year of his or her probationary period.

An eligible associate professor may be recommended for promotion to professor if he or she:

a. has a terminal degree from a nationally or regionally accredited institution of higher education or internationally renowned institution of higher education in the academic or professional discipline to be taught or equivalent professional attainment showing marked ability or potential as a higher education teaching professional;

b. has ten (10) years of experience in full-time teaching, at least five (5)

of which must have been as an associate professor at an accredited institution of higher education; and

c. has demonstrated superior performance in teaching and advising students, and has made distinctive contributions in professional and/or creative activity and institutional and /or community service that advances the mission of the University as documented in the individual's comprehensive evaluations, and merit program materials if submitted by the faculty member.

3. Promotion from Assistant Professor in the Library to Associate Professor in the Library

An assistant professor in the library is a probationary full-time faculty member who holds a Master of Library Science degree from an institution accredited to grant such degrees by the American Library Association and who, as determined by the Chief Academic Officer or his or her designee, is qualified and best meets the needs of the University.

An eligible assistant professor in the library may be recommended for promotion to associate professor in the library if he or she simultaneously applies for both promotion and tenure in the final year of his or her probationary period and he or she:

a. has the degree of Master of Library Science from an institution accredited to grant such degrees by the American Library Association;

b. has three (3) years of full-time experience as an assistant professor in the library (or equivalent) at an accredited institution of higher education; and

c. has demonstrated superior performance in librarianship and has made distinctive contributions in professional and/or creative activity and institutional/public service as documented in the individual's comprehensive evaluations, and merit program materials if submitted by the faculty member.

4. Promotion from Associate Professor in the Library to Professor in the Library

An associate professor in the library is a full-time, faculty member who holds a Master of Library Science degree from an institution accredited to grant such degrees by the American Library Association and who, as determined by the Chief Executive Officer of the University or his or her designee, is qualified and best meets the needs of the University. If an associate professor in the library does not already hold a tenured appointment, he or she cannot apply for promotion to professor in the

library unless he or she simultaneously submits an application for tenure in the final year of his or her probationary period.

An eligible associate professor in the library may be recommended for promotion to professor in the library if he or she:

a. has the degree of Master of Library Science from an institution accredited to grant such degrees by the American Library Association;

b. has ten (10) years of full-time experience as a librarian, at least five (5) years of which must have been as an associate professor in the library (or equivalent) at an accredited institution of higher education; and

c. has demonstrated superior performance in librarianship and has made distinguished contributions in professional and/or creative activity and institutional/public service as documented in the individual's comprehensive evaluations, and merit program materials if submitted by the faculty member.

5. Promotion from Assistant Professor of Psychological Counseling to Associate Professor of Psychological Counseling

An assistant professor of psychological counseling is a probationary, full-time, faculty member who holds a doctorate in Clinical/Counseling Psychology or Social Work from a nationally or regionally accredited institution of higher education or internationally renowned institution of higher education and who, as determined by the Chief Academic Officer or his/her designee is qualified and best meets the needs of the University.

An eligible assistant professor of psychological counseling may be recommended for promotion to associate professor of psychological counseling if he or she simultaneously applies for both promotion and tenure in the final year of his or her probationary period and he or she:

a. has either a doctorate in Clinical/Counseling Psychology or Social Work from a nationally or regionally accredited institution of higher education or internationally renowned institution of higher education;

b. has three (3) years of full-time clinical experience as an assistant professor of psychological counseling (or equivalent); and

c. demonstrates, by evidence, of superior performance in psychological counseling; distinctive contributions in professional and/or creative activities; and has met or excelled in remaining evaluation criteria as

documented in the individual's comprehensive evaluations, and merit program materials if submitted by the faculty member.

6. Promotion from Associate Professor of Psychological Counseling to Professor of Psychological Counseling

An associate professor of psychological counseling is a full-time, faculty member who holds a doctorate in Clinical/Counseling Psychology or Social Work from a nationally or regionally accredited institution of higher education or internationally renowned institution of higher education and who, as determined by the Chief Executive Officer of the University or his/her designee, is qualified and best meets the needs of the University. If an associate professor of psychological counseling does not already hold a tenured appointment, then he or she cannot apply for promotion to professor of psychological counseling unless he or she simultaneously submits an application for tenure in the final year of his or her probationary period.

An eligible associate professor of psychological counseling may be recommended for promotion to professor of psychological counseling if he or she:

a. has a doctorate in Clinical/Counseling Psychology or Social Work from a nationally or regionally accredited institution of higher education or internationally renowned institution of higher education;

b. has ten (10) years full-time clinical experience as a psychological counselor, at least five (5) of which must have been as an associate professor of psychological counseling (or equivalent); and

c. demonstrates, by evidence, a record of sustained, superior performance in psychological counseling; a record of sustained distinctive professional and/or creative activities; and noteworthy service to the University; and superior achievement in remaining evaluation criteria as documented in the individual's comprehensive evaluations, and merit program materials if submitted by the faculty member.

7. Exceptional Appointments and Promotions

Nothing in this Agreement should be construed to prohibit the appointment or promotion by the Chief Executive Officer of an individual of exceptional talent or accomplishment who does not meet all the stated criteria. In considering candidates for exceptional appointment or promotions, the Chief Executive Officer of the University shall consider facts including, but not limited to: (a) evidence of the ability of the candidate to render a unique academic contribution to the University; or (b) evidence of a candidate's extraordinary

competence in the area of his or her discipline or specialty if the candidate's discipline or specialty does not customarily demand fulfillment of those academic degree requirements set forth as minimum criteria for appointment or promotion to each rank.

D. Criteria for Tenure

A tenured faculty member is one who demonstrates superior teaching skills, a commitment to working with students, a solid command of their discipline and whose performance meets or exceeds the evaluative criteria in this Article. The award of tenure is both a measure of esteem and a recognition of academic freedom.

Tenure is granted only by specific action. Tenure cannot be granted by error or inaction.

## ARTICLE IX
## DUE PROCESS

A. No tenured MBU shall be dismissed without just cause. The termination of non-tenured MBUs shall not be arbitrary or capricious. Dismissal for purposes of this Agreement shall mean non-renewal of contract of a MBU or dismissal during the year of a MBU.

B. In the case of non-tenured appointments, notice of non-renewal of appointment, as defined in A. above, shall be given on or before April 15 of the Contract year.

Non-tenured MBUs who receive notice of non-reappointment during their fourth, fifth, or sixth year for performance (evaluation) shall have the option of working a terminal year if the Chief Academic Officer is notified before June 1 of the year in which they are non-renewed.

Tenured MBUs who are terminated for performance (evaluation) as provided in Article VIII.B.1.d shall have the option of working a terminal spring semester (following the 3 semester post-negative review period) if the Chief Academic Officer is notified before December 15 of the academic year in which they are terminated.

C. MBUs who are terminated for other than performance (evaluation) shall not receive a terminal year.

D. Notice of dismissal shall contain the reason(s) for such dismissal. The RWUFA shall be informed of the dismissal at the same time as the MBU.

E. The MBU or the RWUFA may, within ten (10) working days after receipt of notice of dismissal, file a grievance under Article X of this Agreement.

F. At all levels of the grievance procedures, the MBU shall have the right to be present and have the right to be represented by the RWUFA and/or its attorney.

## ARTICLE X
## GRIEVANCE PROCEDURE

A. DEFINITION

The term "grievance" shall mean an allegation by any person covered by this Agreement or by the RWUFA that there has been a violation, misinterpretation, or misapplication of any of the terms of this Agreement.

B. PROCEDURE

In the event that an MBU or group of MBUs feel that they have a basis for a grievance, in accordance with the above definition, and have informally discussed the situation giving rise to the grievance with the appropriate dean or Chief Academic Officer, the following procedure shall be used:

Step 1: The grievance shall be filed, in writing, with the Chief Academic Officer, and the grievant's dean, with copy to the Office of General Counsel, by the grievant, the President of the RWUFA, or the Grievance Chair; the nature of the grievance, and which articles of the contract have been violated shall be specified in the filing. The Chief Academic Officer and the Dean will meet with the President of the RWUFA and/or the Grievance Chair in an effort to resolve the grievance. This meeting will take place within seven (7) working days after receipt of the grievance. The Chief Academic Officer and the Dean shall communicate their disposition of the grievance within seven (7) working days after the meeting to the Grievance Chair of the RWUFA. These time limits may be extended by mutual agreement of the parties. At this and each step of the procedure, any member of RWU may attend the grievance hearing.

Step 2: If the grievance is not resolved at Step 1, or if a decision has not been rendered within seven (7) working days, the grievant may file a formal grievance, in writing, within seven (7) working days after the Step 1 decision is rendered, or should have been rendered, with the Chief Executive Officer of the University. The Chief Executive Officer or his/her designee shall meet with the President of the RWUFA and/or the Grievance Chair in an effort to resolve the grievance. This meeting shall take place within ten (10) working days after receipt of the grievance unless extended by the parties. The Chief Executive Officer or his/her designee shall communicate his/her disposition of the grievance, in writing, within ten (10) working days after the meeting unless extended by the parties.

Step 3: If the RWUFA is not satisfied with the disposition of the grievance made by the Chief Executive Officer of the University, or if no disposition has been made within ten (10) working days or a longer period as agreed by the parties, and the RWUFA wishes to take the grievance to arbitration, the parties may request mediation from the Federal Mediation and Conciliation Service within ten (10) working days of the date of the Chief Executive Officer's disposition in writing, or within ten (10) working days of the date that disposition should have been rendered, whichever is sooner. If settlement is not reached at mediation, the RWUFA may, within ten (10) working days after mediation (or, if mediation is not invoked by the parties, within ten (10) working days of the date of the Chief Executive Officer's disposition in writing, or within ten (10) working days of the date that disposition should have been rendered, whichever is sooner), submit the grievance to arbitration before an impartial arbitrator, under the rules of the American Arbitration Association (AAA), whose decision shall be binding on both parties, with a copy of the demand to the Chief Executive Officer of the University. If the parties cannot agree on an arbitrator, he/she shall be selected pursuant to the rules and procedures of the American Arbitration Association, whose rules shall likewise govern the arbitration procedure. The arbitrator shall not alter, add to or subtract from the terms of this Agreement and shall render a written decision within thirty (30) days of the close of the arbitration hearing.

C. GENERAL CONSIDERATIONS

1. Any adjustment of a grievance shall be consistent with the terms of this Agreement.

2. No reprisals of any kind shall be taken against any MBU for participating in any grievance

3. If, in the opinion of the Grievance Committee of the RWUFA, a grievance affects a group of MBUs, it may be filed on their behalf by the RWUFA.

4. Grievances must be initiated within thirty (30) days after the grievant should have been aware of the event or the action which gave rise to the grievance. Failure to file a grievance within this time shall invalidate the grievance as untimely, except in the case of a continuing grievance.

5. The grievant shall have the right to be present at all levels of the grievance procedure.

6. Neither party shall raise as bargaining history in a future arbitration any proposal made in negotiations of the successor contract to the 1995-1998, 1998-2001 and 2001-2004 contract to modify, delete or replace contractual language contained in Articles V, VII, VIII, IX and XV.

# ARTICLE XI
## RETRENCHMENT

A. Retrenchment of MBUs shall occur only as a result of (1) institutional financial emergency or (2) program curtailment.

1. Institutional financial emergency is understood to mean, in terms of this Agreement, a condition in which the University financial situation is serious due to a decline in enrollment or when total expenditures have been significantly greater than total revenues in the previous year. If such a situation arises, the administration shall meet and discuss with the RWUFA, the factors giving rise to this condition. In connection with such duty to meet and discuss, accurate information, statistics, and/or financial data related to these factors shall be made available to the RWUFA.

2. Program curtailment is understood to mean, in terms of this Agreement, (a) a decline in the enrollment within an area to the point that the average student enrollment per section falls below twelve (12). This will be computed by dividing the total number of students enrolled in sections taught within the area by the number of sections, or (b) a decision by RWU, as a result of long-range institutional planning, to phase out an academic program which is not encountering enrollment difficulties as defined in (a) above. In such cases, MBUs currently employed in the affected program shall be reduced through normal attrition or through appropriate reassignments within the bargaining unit. Temporary appointments of new MBUs may be made in the affected program during the phase-out period to maintain academic continuity.

B. INSTITUTIONAL FINANCIAL EMERGENCY

Retrenchment for financial emergency shall occur only when the conditions of A.l. above are met. The burden of proof in demonstrating the existence of institutional financial emergency shall be on the University. No MBU shall be retrenched due to financial emergency until all reassignment possibilities within the bargaining unit have been explored, investigated, and acted upon or ruled out.

C. PROGRAM CURTAILMENT

1. Each October, the Administration shall examine enrollment in each area and will determine whether the conditions described in sub-section A.2, above, exist. Average student enrollment per section will be computed by dividing the total number of students enrolled in courses within the area by the number of sections. The administration agrees to meet with the RWUFA as soon as possible after such determination and to provide them with all the data used to make such a determination.

2. If the average student enrollment per section is less than twelve (12), then

the Dean of the appropriate School, the President of the RWUFA, and the Chief Academic Officer shall meet with the faculty in that area and advise them that retrenchment may occur the following semester The burden of proof in demonstrating the existence of conditions warranting retrenchment shall rest with the University.

Sections C.1. and 2. above shall apply only to Section A.2.a. of this Article.

Prior to retrenchment, all reassignment possibilities within the University shall be explored, investigated, and acted upon or ruled out. Retrenchment will occur only if no course for which the MBU is qualified to teach is available for the MBU to teach within the University. If such reassignment occurs , the average student enrollment per section shall be recomputed for the area. If the average student enrollment still falls below the level defined above, retrenchment may occur in the area until the average enrollment per section meets the level defined above.

Any MBU who is retrenched under this provision shall have his/her teaching load reduced proportionately, e.g., if his/her teaching assignment must be reduced to three (3) sections per semester, then his/her salary would be three-quarters (3/4) of scale.

3. The final decision as to where retrenchment conditions are met shall be determined by the Chief Academic Officer in accordance with C.2. above.

D. Retrenchment as the result of financial emergency or program curtailment shall be applied in the following manner.

1. Termination as a result of institutional financial emergency shall be based solely on seniority within the bargaining unit (last in-first out) in accordance with the specific procedures detailed below in D.3. and D.6.

2. Termination of MBUs as a result of program curtailment, as defined in A.2.a. above, shall be made from among those holding the same or similar positions in the program in question, in accordance with specific procedures detailed in C. above and D.3 and D.6. below.

3. Termination shall first take place as follows:

a. Among the adjunct MBU s before full-time MBUs are terminated.

b. Among full-time visiting MBUs, before the termination of MBUs holding probationary appointments; and among probationary appointments before the termination among tenured appointments. Such removal shall be made in the inverse order of the date of full-time appointment.

c. Among the full-time permanent MBUs, such termination shall be

based upon length of full-time service to Roger Williams University. In cases where the date of full-time appointment is the same, part-time service at Roger Williams University will be taken into consideration.

4. The Chief Academic Officer shall notify the person or persons affected in accordance with the following deadline:

a. In the case of retrenchment due to financial emergency, at least two months prior to the end of the semester.

b. In the case of retrenchment for program curtailment as defined in A.2.a. above, he/she will be allowed a one-month notice.

c. In the case of program curtailment as defined in A.2.a. above, any position lost to one program shall be allocated to another program which is in need of additional faculty.

5. Persons removed as a result of retrenchment shall be advised of the opportunity for reemployment in the same or a similar position at the University for two (2) years succeeding the retrenchment year, and must accept such offer within fifteen (15) days after such offer, such acceptance to take effect not later than the beginning of the semester immediately following the date such offer was made. The University shall make every effort to place an incumbent so separated in a position for which he/she is qualified, provided such position is in the bargaining unit. MBUs who are retrenched shall be responsible for notifying the University of their current mailing address.

6. Original appointment (Date of formal letter of appointment) shall mean the date of first full-time appointment to University service as an MBU, followed by continuous and uninterrupted service within the Bargaining Unit up to the time of reduction and abolishment of positions. In the event an incumbent believes such date has been incorrectly determined, he/she shall so advise the University, and indicate the date he/she believes to be correct.

7. Any MBU who is retrenched shall be given severance pay in the amount of $2000 and shall be provided with health insurance coverage for one year from the date of retrenchment. In addition they shall have first priority for professional development funds in accordance with Article XIV.E.

## ARTICLE XII
## SEARCH COMMITTEES

At the request of the Chief Executive Officer of the University or his/her designee,

faculty may serve on search committees, in accordance with Article VII, G.2. above.

## ARTICLE XIII
## COMPENSATION

A. SALARY PROGRAM

The salary program consists of a base salary for each MBU that is directly affixed to an academic rank based, salary step matrix, indexed in each year of this Agreement, as set out in Appendix C of this Agreement and augmented as set out below:

1. Conversion to Rank-Based, Longevity and Merit-Driven Salary Matrix:
Each MBU's base salary will be assigned a salary step on the salary step matrix, effective July 1, 2004, as follows:
   a. Each MBU's pre-conversion salary step will be advanced one step, where available, on the former matrix and then each MBU's salary will be converted to the same or nearest higher step on the successor matrix.

   b. MBUs' salaries that are at or above the highest step on the successor matrix will receive the annual percentage increase as set out in Appendix C and will be assigned the highest step value on the successor matrix for purpose of participation in the rank based, longevity and merit-driven salary program.

2. Annual Step Adjustment:
Commencing July 1, 2005 and each successive July 1st thereafter, those MBU's with at least one full academic year of full-time employment as an MBU and whose salary step placement is more than one step below the merit only step division of the matrix, will move one full salary step on the matrix. This move will determine the appropriate, indexed step on the matrix and will precede any other salary adjustments.
   a. An MBU on unpaid leave from active University employment for at least one full semester plus thirty-five consecutive days during any year of this salary program, will not receive an annual, longevity based increment.

3. Merit Compensation Program:
   a. Funding:

      (1) Commencing July 1, 2004, a merit compensation program will be funded at 1.00% of the composite base salary as of June 30, 2004 of all probationary and tenured MBUs (pooling MBUs) with at least one full year of employment as an MBU as of June 30, 2004. This fund will be pooled and held in escrow until distribution is authorized in accordance with merit program parameters set out below.

(2) Commencing July 1, 2005, the merit compensation program will be funded at 1.25% of the composite base salary as of June 30, 2005, of all pooling MBUs with at least one full year of employment as an MBU as of June 30, 2005.

(3) Commencing July 1, 2006, the merit compensation program will be funded at 1.25% of the composite base salary as of June 30, 2006, of all pooling MBUs with at least one full year of employment as an MBU as of June 30, 2006.

(4) Commencing July 1, 2007, the merit compensation program will be funded at 1.25% of the composite base salary, as of June 30, 2007, of all pooling MBUs with at least one full year of employment as an MBU as of June 30, 2007.

(5) All funds not awarded in any given year of the Agreement will be indexed upward by the same percentage applicable to the salary matrix for full Professors in the succeeding year and will be repooled for distribution in the succeeding year.

(6) At least 50% of all funds distributed in non-base merit awards, in any given year, will be repooled for distribution in the following performance year.

a) Example: *Year 1*
Merit Pool = $125,000
Awarding = $ 50,000 to base
$ 50,000 non-base
$ 25,000 not awarded

*Year 2*
Merit Pool = $160,000 + $25,000 x 3.5% or $25,875 +
$25,000 (50% of prior yr. non-base award)

Total = $210,875

(7) Subject to the 50% redistribution rule immediately above, all funds will be awarded at the conclusion of the 2007/08 performance pay cycle.

a) Example: *Year 4*
Merit Pool = $185,000 + $20,000 (50% of prior yr. non-base awards) or $205,000 total
Awarding = $ 125,000 to base
$ 80,000 non-base
> Fully spent
Can't carry "unawarded" $ spent beyond term of Agreement into out year but