## APPENDIX A
## FACULTY PROFESSIONAL ETHICS

Both the University and the RWUFA are committed to the highest levels of professionalism on the part of individual faculty members as teachers, scholars, and members of the University community and the larger communities in which they live and work. As professionals, individual faculty members comply with the ethical norms of the profession of teaching and refrain from unprofessional conduct that significantly impedes the mission and functioning of the University.

Faculty members understand the special professional responsibilities that they have to their students and others within the University community. The University and the RWUFA recognize those special responsibilities and have adopted as a part of the collective bargaining agreement, this appendix on Faculty Professional Ethics (Appendix A) derived from the A.A.U.P. Statement on Professional Ethics (originally adopted in 1966, and revised in 1987).

### THE STATEMENT

1. Professors guided by a deep conviction of the worth and dignity of the advancement of knowledge, recognize the special responsibilities placed upon them. Their primary responsibility to their subject is to seek and to state the truth as they see it. To this end professors devote their energies to developing and improving their scholarly competence. They accept the obligation to exercise critical self-discipline and judgment in using, extending, and transmitting knowledge. They practice intellectual honesty. Although professors may follow subsidiary interests, these interests must never seriously hamper or compromise their freedom of inquiry.

2. As teachers, professors encourage the free pursuit of learning in their students. They hold before them the best scholarly and ethical standards of their discipline. Professors demonstrate respect for students as individuals and adhere to their proper roles as intellectual guides and counselors. Professors make every reasonable effort to foster honest academic conduct and to ensure that their evaluations of students reflect each student's true merit. They respect the confidential nature of the relationship between professor and student. They avoid any exploitation, harassment, or discriminatory treatment of students. They acknowledge significant academic or scholarly assistance from them. They protect their academic freedom.

3. As colleagues, professors have obligations that derive from common membership in the community of scholars. Professors do not discriminate against or harass colleagues. They respect and defend the free inquiry of associates. In the exchange of criticism and ideas professors show due respect for the opinions of others. Professors acknowledge academic debt and strive to be objective in their professional judgment of colleagues. Professors accept their share of faculty responsibilities for the governance of their institution.

4 As members of an academic institution, professors seek above all to be effective teachers and scholars. Although professors observe the stated regulations of the institution, provided the regulations do not contravene academic freedom, they maintain their right to

criticize and seek revision. Professors give due regard to their paramount responsibilities within the institution in determining the amount and character of work done outside it. When considering the interruption or termination of their service, professors recognize the effect of their decision upon the program of the institution and give due notice of their intentions.

5. As members of the community, professors have the rights and obligations of other citizens. Professors measure the urgency of these obligations in the light of their responsibilities to their subject, to their students, to their profession, and to their institution. When they speak or act as private persons, they avoid creating the impression of speaking or acting for their college or university. As citizens engaged in a profession that depends upon freedom for its health and integrity, professors have a particular obligation to promote conditions of free inquiry and to further public understanding of academic freedom.

# APPENDIX B
## ACADEMIC FREEDOM

Faith in the fundamental importance of freedom forms a major theme in the history, government and tradition of the State of Rhode Island and Providence Plantations and of the United States of America. Freedom is also recognized on practical grounds as vital to the scholar in his search for and dissemination of truth. Although academic freedom is not written into law, it is well established in custom and grounded in traditions of long standing in the colleges and universities of the Western World, protecting professional scholars and teachers from interference with their obligation to pursue the truth. Though it is a specific kind of freedom peculiar to members of the teaching profession in higher education, its benefits ultimately accrue as much to the public at large as to the scholars themselves. In fact, the present age of accelerating change emphasizes that education must stress development of the capacity for critical thought, a capacity that can be achieved only when freedom in inquiry and discussion prevail. Therefore, in accordance with the ideals of state and nation, and in order that the institutions under its jurisdiction might perform well the functions for which they are established, RWU and the RWUFA affirm their unqualified acceptance of the principle of freedom in inquiry and expression.

Academic freedom has been defined and codified in a statement of principles that was prepared by representatives of the American Association of University Professors and the Association of American Colleges. Adopted by both organizations in 1941 and later endorsed by many other professional and learned societies, it is known as "The 1940 Statement of Principles on Academic Freedom and Tenure." RWU unconditionally endorses the 1940 Statement, including the following pertinent passages:

"Institutions of higher education are conducted for the common good and not to further the interest of either the individual teacher or the institution as a whole. The common good depends upon the free search for truth and its free exposition.

Academic freedom is essential to these purposes and applies to both teaching and research. Freedom in research is fundamental to the advancement of truth. Academic freedom in its teaching aspects is fundamental for the protection of the rights of the teacher in teaching and of the student to freedom in learning. It carries with it duties correlative with rights.

The teacher is entitled to full freedom in research and in the publication of the results, subject to the adequate performance of his/her other academic duties; but research for pecuniary return should be based upon an understanding with the authorities of the institution.

The teacher is entitled to freedom in the classroom in discussing his/her subject, but he/she should be careful not to introduce into his/her teaching controversial matter which has no relation to his/her subject. Limitations of academic freedom because of religious or other aims of the institution should be clearly stated in writing at the time of the appointment.

The college or university teacher is a citizen, a member of a learned profession, and an officer of an education institution. When he/she speaks or writes as a citizen, he/she should be free from institutional censorship or discipline, but his/her special position in the community imposes special obligations. As a person of learning and an educational officer, he/she should

remember that the public may judge his/her profession and his/her institution by his/her utterances. Hence he/she should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others, and should make every effort to indicate that he/she is not an institutional spokesperson.

The university/college faculty member is a citizen, and like other citizens, should be free to engage in political activities so far as he/she is able to do so consistent with his/her obligations as a faculty member."

## APPENDIX C

| Professors | | 2004-2005 | 2005-2006 | 2006-2007 | 2007-2008 |
|---|---|---|---|---|---|
| | Base Table: | (3.25%) + 1.00m | (3.5%) + 1.25m | (3.75%) + 1.25m | (4.0%) +1.25m |
| 1 | $ 50,520 | $ 52,162 | $ 53,988 | $ 56,012 | $ 58,253 |
| 2 | $ 53,050 | $ 54,774 | $ 56,691 | $ 58,817 | $ 61,170 |
| 3 | $ 55,580 | $ 57,386 | $ 59,395 | $ 61,622 | $ 64,087 |
| 4 | $ 58,110 | $ 59,999 | $ 62,099 | $ 64,427 | $ 67,004 |
| 5 | $ 60,640 | $ 62,611 | $ 64,802 | $ 67,232 | $ 69,922 |
| 6 | $ 63,170 | $ 65,223 | $ 67,506 | $ 70,037 | $ 72,839 |
| 7 | $ 65,700 | $ 67,835 | $ 70,209 | $ 72,842 | $ 75,756 |
| 8 | $ 68,230 | $ 70,447 | $ 72,913 | $ 75,647 | $ 78,673 |
| 9 | $ 70,760 | $ 73,060 | $ 75,617 | $ 78,452 | $ 81,591 |
| 10 | $ 73,290 | $ 75,672 | $ 78,320 | $ 81,257 | $ 84,508 |
| 11 | $ 75,820 | $ 78,284 | $ 81,024 | $ 84,062 | $ 87,425 |
| 12 | $ 78,350 | $ 80,896 | $ 83,728 | $85,465/ $86,868 | $88,883 / $90,342 |
| 13 | $ 80,880 | $ 83,509 | $ 86,432 | $86,868/ $89,673 | $90,342 / $93,260 |
| 14 | $ 82,145 | $ 84,815 | $ 87,783 | $88,271/ $91,075 | $91,801/ $94,718 |
| 15 | $ 83,410 | $ 86,121 | $ 89,135 | $89,674/ $92,478 | $93,260/ $96,177 |
| 16 | $ 84,675 | $ 87,427 | $ 90,487 | $91,077/ $93,880 | $94,719/ $97,635 |
| 17 | $ 85,940 | $ 88,733 | $ 91,839 | $92,480/ $95,283 | $96,178/ $99,094 |
| 18 | $ 87,205 | $ 90,039 | $ 93,191 | $93,883/ $96,685 | $97,637/ $100,553 |
| 19 | $ 88,470 | $ 91,345 | $ 94,542 | $95,286/ $98,088 | $99,096/ $102,012 |
| 20 | $ 89,735 | $ 92,651 | $ 95,894 | $96,689/ $99,490 | $100,555/ $103,470 |

Note: Step 12 and Step 13 in 2006-2007 is split. Those at Step 12 in 2005-2006 or at Step 13 in 2005-2006 receive the second or higher number as an indexed salary. Those at Step 11 or less in 2005-2006 move to Step 12 only upon the award of merit in 2006-2007 or thereafter and then receive the first or lower increment.

## APPENDIX C (cont'd)

| Associate Professors | | 2004/05 | 2005/06 | 2006/07 | 2007/08 |
|---|---|---|---|---|---|
| Base Table: | | (3.0%) + 1.00m | (3.00%) + 1.25m | (3.00%) + 1.25m | (3.25%) +1.25m |
| 1 | $ 46,000 | $ 47,380 | $ 48,801 | $ 50,265 | $ 51,899 |
| 2 | $ 47,250 | $ 48,668 | $ 50,128 | $ 51,631 | $ 53,309 |
| 3 | $ 48,650 | $ 50,110 | $ 51,613 | $ 53,161 | $ 54,889 |
| 4 | $ 50,200 | $ 51,706 | $ 53,257 | $ 54,855 | $ 56,638 |
| 5 | $ 51,900 | $ 53,457 | $ 55,061 | $ 56,713 | $ 58,556 |
| 6 | $ 53,750 | $ 55,363 | $ 57,023 | $ 58,734 | $ 60,643 |
| 7 | $ 55,750 | $ 57,423 | $ 59,145 | $ 60,920 | $ 62,899 |
| 8 | $ 57,900 | $ 59,637 | $ 61,426 | $ 63,269 | $ 65,325 |
| 9 | $ 60,200 | $ 62,006 | $ 63,866 | $ 65,782 | $ 67,920 |
| 10 | $ 62,650 | $ 64,530 | $ 66,465 | $ 68,459 | $ 70,684 |
| 11 | $ 65,250 | $ 67,208 | $ 69,224 | $ 71,300 | $ 73,618 |
| 12 | $ 68,000 | $ 70,040 | $ 72,141 | $ 74,305 | $ 76,720 |
| 13 | $ 70,900 | $ 73,027 | $ 75,218 | $ 77,474 | $ 79,992 |
| 14 | $ 73,950 | $ 76,169 | $ 78,454 | $79,141/ $80,808 | $81,713/ $83,434 |
| 15 | $ 75,475 | $ 77,739 | $ 80,071 | $80,808/ $82,474 | $83,434/ $85,154 |
| 16 | $ 77,150 | $ 79,465 | $ 81,848 | $82,475/ $84,304 | $85,155/ $87,044 |
| 17 | $ 78,975 | $ 81,344 | $ 83,785 | $84,142/ $86,298 | $86,876/ $89,103 |
| 18 | $ 80,950 | $ 83,379 | $ 85,880 | $85,809/ $88,456 | $88,597/ $91,331 |
| 19 | $ 83,075 | $ 85,567 | $ 88,134 | $87,476/ $90,778 | $90,318/ $93,729 |
| 20 | $ 85,350 | $ 87,911 | $ 90,548 | $89,143/ $93,264 | $92,039/ $96,295 |

Note: Step 14 in 2006-2007 and 2007-2008 is split. Those at Step 14 in 2005-2006 receive the second or higher number as an indexed salary. Those at Step 13 or less in 2005-2006 move to Step 14 only upon the award of merit in 2006-2007 and thereafter and then receive the first or lower step increment.

## APPENDIX C (cont'd)

| Assistant Professors Base Table: | | | 2004/05 (3.0%) + 1.00m | | 2005/06 (3.0%) + 1.25m | | 2006/07 (3.0%) + 1.25m | | 2007/08 (3.0%) +1.25m | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ | 44,000 | $ | 45,320 | $ | 46,680 | $ | 48,080 | $ | 49,522 |
| 2 | $ | 45,200 | $ | 46,556 | $ | 47,953 | $ | 49,391 | $ | 50,873 |
| 3 | $ | 46,500 | $ | 47,895 | $ | 49,332 | $ | 50,812 | $ | 52,336 |
| 4 | $ | 47,900 | $ | 49,337 | $ | 50,817 | $ | 52,342 | $ | 53,912 |
| 5 | $ | 49,400 | $ | 50,882 | $ | 52,408 | $ | 53,981 | $ | 55,600 |
| 6 | $ | 51,000 | $ | 52,530 | $ | 54,106 | $ | 55,729 | $ | 57,401 |
| 7 | $ | 52,700 | $ | 54,281 | $ | 55,909 | $ | 57,587 | $ | 59,314 |
| 8 | $ | 54,500 | $ | 56,135 | $ | 57,819 | $ | 59,554 | $ | 61,340 |
| 9 | $ | 56,400 | $ | 58,092 | $ | 59,835 | $ | 61,630 | $ | 63,479 |
| 10 | $ | 58,400 | $ | 60,152 | $ | 61,957 | $ | 63,815 | $ | 65,730 |
| 11 | $ | 60,500 | $ | 62,315 | $ | 64,184 | $ | 66,110 | $ | 68,093 |
| 12 | $ | 62,700 | $ | 64,581 | $ | 66,518 | $ | 68,514 | $ | 70,569 |
| 13 | $ | 65,000 | $ | 66,950 | $ | 68,959 | $ | 71,027 | $71,863/ | $73,158 |
| 14 | $ | 67,400 | $ | 69,422 | $ | 71,505 | $72,338/ | $73,650 | $74,508/ | $75,860 |
| 15 | $ | 69,900 | $ | 71,997 | $ | 74,157 | $73,649/ | $76,381 | $75,858/ | $78,672 |
| 16 | $ | 71,150 | $ | 73,285 | $ | 75,483 | $74,960/ | $77,748 | $77,209/ | $80,080 |
| 17 | $ | 72,500 | $ | 74,675 | $ | 76,915 | $76,271/ | $79,223 | $ 78,559/ | $81,599 |
| 18 | $ | 73,950 | $ | 76,169 | $ | 78,454 | $77,582/ | $80,807 | $79,909/ | $83,231 |
| 19 | $ | 75,500 | $ | 77,765 | $ | 80,098 | $78,893/ | $82,501 | $81,260/ | $84,976 |
| 20 | $ | 77,150 | $ | 79,465 | $ | 81,848 | $80,204/ | $84,304 | $82,610/ | $86,833 |

Note: Step 14 in 2006-2007 is split and Step 13 in 2007-2008 is split. Those at Step 14 in 2005-2006 receive the second or higher number as an indexed salary in 2006-2007. Those at Step 13 or less in 2005-2006 move to Step 14 only upon the award of merit in 2006-2007 or thereafter and then receive the first or lower increment. Those at Step 13 in 2006-2007 receive the second or higher number as an indexed salary in 2007-2008. Those at Step 12 or less in 2006-2007, thereafter move to Step 13 only upon the award of merit in 2007-2008 or thereafter and then receive the first or lower step increment.

# APPENDIX D

1. The Collective Bargaining Agreement entered into this date does not apply to the Roger Williams University Ralph R. Papitto School of Law, which is not a party to this Agreement, nor shall said Agreement be deemed applicable to any faculty members or any other employees of the Roger Williams University Ralph R. Papitto School of Law. It is also understood and agreed that neither faculty nor other employees employed by the Roger Williams University Ralph R. Papitto School of Law shall constitute an accretion to the bargaining unit represented by the Association.

2. It is also understood and agreed that the tuition remission provisions of the aforesaid Collective Bargaining Agreement shall not be applicable to courses offered by the Roger Williams University Ralph R. Papitto School of Law.

3. The University agrees that during the term of the Collective Bargaining Agreement, no programs or courses offered by the University will be transferred to the Roger Williams University School of Law.

**APPENDIX E**
**UNIVERSITY CALENDARS**

2004-2008 University Calendars, in their entirety, will be provided by RWU and RWUFA via electronic means. Advising and Registration dates are currently be worked on to finalize internal administrative processes.

## APPENDIX F
## MERIT REPORT GUIDELINES

Annual Report of Faculty Activity for Consideration of Merit Awards

The criteria for Merit Awards are defined in the contract as follows:

"The evaluation criteria are teaching excellence, scholarship in or related to the discipline for which the faculty member is employed, applied or bench research of significance, and/or distinguished professional service."

Awards for merit are based on exceptional and exemplary performance in one or more of the evaluation areas.

Merit Awards may be added to base pay in recognition of ongoing contributions or granted as one time bonus awards, not added to base pay, in recognition of one time achievements.

Timelines

Each faculty member seeking a merit award shall complete the relevant sections of this form, provide evidence and documentation as indicated, and submit it to his/her dean or, in departmentalized schools, department chair, by February 10. The report should cover only activities during the previous calendar year. However, these activities may reference the cumulative effect of an ongoing body of work or achievement. The Dean/chair will forward the reports to the Merit Review Committee of that school or division.

[*The Fall semester will be the season for peer review for promotion, tenure and reappointment decisions. The Spring semester will be the season for peer input on merit pay.*]

The Merit Review Committee will forward their recommendations to the Dean of their school by March 10.

The Deans will forward their recommendations to the Provost by April 1.

Merit awards will be announced by May 1 and will take effect at the beginning of the next fiscal year. (For example, on February 15, 2005 a faculty member would report the activities in Winter Intersession 2004, Spring 2004, Summer 2004, and Fall 2004. If a merit award was granted, it would take effect on July 1, 2005).

A. General Application and Overview

Describe the area or areas of your activities you believe deserve recognition.
Have you received compensation for this (these) activities?

1. previous merit award
2. other monetary compensation
3. course release(s)

Describe, in a thoughtful way, your activities during the previous year that you consider worthy of merit. Explain why. It is important to connect your accomplishments and goals to your discipline and/or to the strategic plan of the department, the college/school, and the University.

The following categories outline some of the possible areas and documentation you might submit. You are only expected to discuss those categories that are appropriate to your application. In whatever categories you choose to discuss, you should include:

1. a list of activities
2. a discussion of why they deserve a Merit Award
3. documentation

Note: You are encouraged to submit relevant material in support of your application.

B: <u>Teaching Activities:</u>

| <u>Area</u> | <u>Evidence:</u> |
|---|---|
| Courses taught | Student evaluations of each regular course taught |
| | Self-evaluative statement for each course taught |
| | Peer evaluation of teaching |
| | Supervisor evaluation of teaching (if available) |
| Seminars conducted at RWU | Notice of seminar/lecture |
| Independent studies | Description of independent study projects |
| Curricular development | New or revised course syllabi, materials, etc. |
| Graduate student supervision | List of graduate students supervised |
| Undergraduate and/or graduate thesis supervision | List of students and thesis topics supervised |
| Graduate Comprehensive Exams | Exams read/corrected |

C. <u>Scholarship</u>

| | |
|---|---|
| Publications | Copies of publications |
| Acceptances | Copy of letter of acceptance |
| Submissions | Copy of letter of submission |
| Creative Projects/Performances | Documention/Reviews |
| Technical reports | Copy of final/published report |
| Book reviews | Copy of published reviews |
| Grant proposals | Signed copy of grant proposal form |
| Active/Funded grants | Documentation from the Grants Office |
| Conference presentations | Copy of program |
| Keynote presentations | Copy of program/letter of invitation |
| Invited presentations | Copy of program/invitation |
| Editorial reviews | List of journals or publishers, as well as specific projects or manuscripts reviewed |
| External PTR reviews | Letter of invitation |

D: <u>Departmental Activities and Advising</u>

Statement of these activities, including explanation for why the activities should be deemed outstanding.

E: <u>Service to the University</u>

| | |
|---|---|
| Membership on Committees, including explanation for why the activities should be deemed outstanding. | Letter from Chair |

F: <u>Professional Service to the Community</u>

| | |
|---|---|
| Statement of activities, including explanation for why the activities should be deemed outstanding. | Letter from group, newspaper, articles, etc. |

| | | |
|---|---|---|
| G: | <u>Service to the Profession</u> | |
| | Statement of activities for professional and scholarly organizations, including explanation for why the activities should be deemed outstanding. | Letter from relevant group or organization |
| H: | <u>Professional Honors and Awards</u> | |
| | Description of honor/award | Copy of letter of notification |
| I: | <u>Other Relevant Activities</u> | |

## APPENDIX G
## SELF STUDY GUIDELINES

I. Comprehensive Self Study Reviews

COVER SHEET

This will be provided by the office of the respective Dean and will include name, rank, and status (post-tenure faculty, faculty applying for promotion, sixth-, fourth- and second-year probationary review). Faculty submitting a self-study are required to complete all sections.

SECTION I: INSTRUCTION

1. Describe your educational philosophy as it applies across your teaching.

2. Provide a list of courses taught according to the following schedule:
   a. Post-tenure faculty and faculty seeking promotion should discuss four courses that the faculty member and the respective dean have agreed upon.
   b. 2-, 4-, and 6-year probationary faculty should discuss all of the courses taught during the previous academic year.

3. Describe the goals and/or objectives for each course being considered, and, wherever possible, discuss how they relate to the goals and objectives of the academic program, the school/college, and the Mission of the University.

4. Describe the following components for each course providing a rationale for each in terms of the objectives of the course:
   a. organization of the course
   b. method of delivery
   c. assignments/activities
   d. examinations or other assessment tools

5. Describe student performance in each course and assess the performance in terms of the goals and objectives of the course. This should include but not be limited to an analysis of the student course surveys. Whenever possible, provide additional evidence that these goals and objectives have been met.

SECTION II: ACADEMIC ADVISING AND PROGRAM DEVELOPMENT

1. Describe your approach to academic advising and analyze its effectiveness.

2. Describe your activities in program development and assess you contributions.

SECTION III: SCHOLARSHIP AND PROFESSIONAL DEVELOPMENT

1. List publications and conference presentations documenting your research grant or academic fundraising activities (applications, awards, maintenance) and/or creative activities since the last self-study and indicate how these activities have enhanced your teaching and other work at RWU.

2. Describe other professional development activities undertaken since the last self-study and indicate how those activities have enhanced your teaching and other work at RWU.

3. Provide a statement of your research interests and agenda. (Faculty members are referred to two seminal works on the range of scholarship possibilities: Ernest L. Boyer, *Scholarship Reconsidered* (Princeton: Carnegie Foundation, 1990) and Charles E. Glassick, Mary Taylor Huber, and Gene I. Maeroff, *Scholarship Assessed* (San Francisco: Jossey Bass, 1997).

SECTION IV: SERVICE TO THE UNIVERSITY AND COMMUNITY

Other than program development discussed above, describe your service to
- a. your department/program
- b. your school/college
- c. the university
- d. the community

SECTION V: GOALS

1. List the professional goals you set out in the last self-study

2. Describe the extent to which you have met those goals.

3. Describe how you have met the recommendations/concerns outlined by the Dean and Chief Academic Officer in your last comprehensive review.

4. Describe your short and long term professional goals for the future.

SECTION VI: SUPPORTING MATERIAL

1. Provide a copy of the syllabus of each course being considered.

2. Provide copies of relevant materials that you prepared for use in your courses (representative samples of assignments, examinations, etc)

3. Provide a current copy of your curriculum vita.

4. Provide copies of research material, professional publications, grant material, or documentation of creative activities produced since your last evaluation. Include evidence of peer review.

5. Provide copies of data summaries of student course surveys for courses taught during the last year.

6. Provide copies of the comprehensive reviews by the Dean and Chief Academic Officer:

For Probationary and Tenure submissions: for the entire probationary period (up to six years)

For Post Tenure and Promotion submissions: the most recent review

7. Include any other materials that support your self-study

II. Limited Self-Study Guidelines
(for 1st Year Probationary and Visiting Faculty)

COVER SHEET

This will be provided by the office of the respective Dean and will include name, rank, and status (1st year probationary or visiting faculty, 2nd year visiting faculty).

First year probationary and visiting faculty in their first and second year are required to complete only Section I and parts 1, 2, 3, and 5 of Section VI of the Comprehensive Review outlined above with the exception to I,1 that first year probationary and visiting faculty should discuss only the courses taught during their first semester at RWU.

In their second year review, visiting faculty should, additionally, discuss courses taught in the 2nd semester of their 1st year.

**APPENDIX H**
MISCELLANEOUS

1. ARTICLE V, RIGHTS OF INDIVIDUALS, provision F. INTELLECTUAL PROPERTY shall remain intact pending the conclusion of a joint RWU and RWUFA appointed special committee charged as the "Joint Intellectual Property Advisory Committee" (Committee I) to study, analyze, discuss and recommend an "Intellectual Property Policy and Procedure" as successor provision to current provision F.

   The Committee I will consist of three individuals, one selected by RWU, one selected by the RWUFA, and one selected by the two appointed as set out herein. Should the parties fail to select the third member of the Committee I, each will appoint a member and the Committee I will be constituted as four individuals.

   The Committee I is charged to make formal written recommendation to RWU and RWUFA for a successor provision F. within one year of the date of ratification of this Agreement. Failing recommendation within this timeline, the Committee I will disband unless otherwise mutually agreed by RWU and RWUFA. Failing accepted recommendation for successor provision by both RWU and RWUFA, current provision F. will remain unchanged for the duration of this Agreement.

2. Associate Professors Edward J. Delaney and Philip C. Marshall shall, upon completing their respective fifteen years of continuous faculty service to the University, be promoted effective the beginning of the following academic year. The compensation accompanying the promotions shall be in accordance with ARTICLE XIII, COMPENSATION, of the successor Agreement. These promotions may not be used as either indicia of achievement or lack thereof.

3. A modified severance plan with discreet and now expired periods of operation will be forwarded to a joint RWU and RWUFA appointed special committee charged as the "RETIREMENT INCENTIVE PROGRAM COMMITTEE" (Committee II) to study, analyze, discuss, develop and make recommendations concerning a potential successor "modified severance plan" within nine (9) months from the date of ratification of this Agreement. Until such time as recommendations are made and adoption of any successor plan is enacted, there will be no formal retirement incentive program, however, RWU will entertain all individual proposals to the Chief Academic Officer for an incentive buyout on a case-by-case basis.

   Committee II will consist of the General Counsel and Vice President for Human Resources, one additional representative selected by RWU and two representatives selected by the RWUFA.

4. The terms of the 2001-2004 collective bargaining agreement remain and remained in effect until ratification of the 2004-2008 collective bargaining agreement (this Agreement).

5. A special committee charged as the "Domestic Partners Benefits Review Committee" (Committee III) will be formed within thirty (30) days following ratification of this Agreement for the specific purpose of studying, discussing, analyzing, developing and recommending a prudent, financially reasonable course of action, relative to policy development and implementation concerning Domestic Partner Benefits at the University. The recommendation, unless an extension is mutually agreed upon by the parties hereto, is due on or before the passage of one year from formation of Committee III.

Committee III will consist of four individuals, two selected by RWU and two selected by RWUFA. At the conclusion of Committee III's work or one year, whichever is earlier, a formal written report will be forwarded to the parties hereto for adoption or rejection. A minority (or second) report may be issued if there is no consensus on a final report and affiliated recommendations. Absent adoption of the report and its recommendations, the matter will be subject to a sixty (60) day negotiating period to find mutually beneficial resolution. Failing positive resolution there will be no change to current benefits relative to "Domestic Partners".

6. A special committee charged as the "Online & Distance Education Policy and Procedure Committee" (Committee IV) will be formed within thirty (30) days following ratification of this Agreement for the specific purpose of studying, discussing, analyzing, developing, and recommending a new and governing "Online & Distance Education Policy & Procedure". The Committee IV will report with recommendation to the parties within one year of formation of the Committee. In the interim, the parties will be left to their respective rights concerning the development and administration of online and distance education and faculty participation will be voluntary.

7. The special committee heretofore charged with studying and making cogent recommendations for positive amendments to the current Student Course Surveys program is re-commissioned to continue its evaluation of the program and present recommendations for further improvement within one year of the date of ratification of this Agreement.

8. In fiscal year 2005/06 (Year #2 of the Agreement), twenty-thousand dollars ($20,000) will be set aside in escrow from the merit pool for Year #2 and in fiscal year 2006/07 (Year #3 of the Agreement), forty-thousand dollars ($40,000) will be set aside in escrow from the merit pool for Year #3 for designation in step increments to base salary in each of those years, respectively, to faculty members compensated at a salary step less than former longevity Step #9 prior to the beginning of this successor Agreement's compensation program implementation and who, in the sole judgment of RWUFA suffered a reduction in compensation when comparing the expired longevity compensation matrix and the successor compensation structure. These escrowed funds will be deducted from the Schools/Divisions 75% allocation of the merit pool as defined in ARTICLE XIII.A.3, Merit Compensation Program. Assignment by RWUFA will not occur until after implementation of the merit program awards in each year of the two

years of this special escrow and assignment agreement.

RWUFA will provide RWU a detailed list of recipients and the available Step increments assigned from the funds within thirty (30) days of publication to the RWUFA of final merit awarding and recipients. All escrowed funds not formally designated by the RWUFA for individual assignment, consistent with the foregoing, shall become available for merit distribution in accordance with merit program parameters. RWUFA will not file or support any grievance or charge against RWU arising out of the administration of this assignment of funds to the RWUFA for designation as it deems appropriate and in full satisfaction of the foregoing rationale for special salary assignment.

9. Professors David Melchar, Elizabeth Learned and Ferd Schroth shall be granted tuition reimbursement under their current degree programs for an additional two (2) academic years (2004/05 & 2005/06) as needed.

10. Nancy Hood shall continue her current status as a part-time psychological counselor, relative to compensation, benefits, and workload, including prorated adjustments consistent with this Agreement.

11. Non-contractual Side Letters located at pages 65 and 66, 72 and 73, 74 and 75 of the expired 2001-2004 collective bargaining agreement are deleted in their entirety and of no further effect. All provisions of said "Letters" that have been retained, either directly or in modified format, have been inserted as text in this Agreement to which this APPENDIX is incorporated. APPENDIX C, FACULTY PARKING REGUALTIONS, of the expired 2001-2004 collective bargaining agreement has been moved to text of this Agreement to which this APPENDIX is incorporated. Memoranda of Agreement located on pages 67,68, 69, 70 and 71 of the expired 2001-2004 collective bargaining agreement are deleted and of no further effect, except and only as exist in text of this Agreement and/or its Appendices.

12. Following formal ratification and prior to distribution of this Agreement, an "Editing Committee" will perform a review of this Agreement to edit conflicting provisions from those set out by "Tentative Agreement".