# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ROGER WILLIAMS UNIVERSITY**

**Vs.** **C.A. NO. 07-440ML**

**ROGER WILLIAMS UNIVERSITY**
**FACULTY ASSOCIATION (NEARI-NEA)**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, Roger Williams University Faculty Association (NEARI-NEA), against the plaintiff, Roger Williams University pursuant to the Memorandum and Order dated July 30, 2008 DENYING plaintiff's Motion for Summary Judgment and GRANTING defendant's Motion for Summary Judgment.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: July 30, 2008